UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAVID HANSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation, and COSTCO WHOLESALE CORPORATION, a Delaware corporation,<br><br>*Defendants*. | Case No. 2:16-cv-01661<br><br>**PRAECIPE TO ISSUE SUMMONS TO COSTCO WHOLESALE CORPORATION, A DELAWARE CORPORATION** |

TO:            CLERK OF THE COURT

AND TO:     ALL PARTIES OF RECORD

YOU ARE HEREBY REQUESTED to issue a summons, in the form attached, to Costco Wholesale Corporation, a Delaware corporation.

DATED this 4th day of November 2016.

Respectfully Submitted,

**DAVID HANSON**, individually and on behalf of all others similarly situated,

By:  /s/ *Kim D. Stephens*
Kim D. Stephens, WSBA #11984
kstephens@tousley.com

PRAECIPE TO ISSUE SUMMONS TO COSTCO WHOLESALE CORPORATION, A DELAWARE CORPORATION

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-1332
TEL: 2016.682.5600 • FAX 206.682.2992

Kevin A. Bay, WSBA #19821
kbay@tousley.com
TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Tel: 206.682.5600
Fax: 206.682.2992

Rafey S. Balabanian*
rbalabanian@edelson.com
Eve-Lynn Rapp*
erapp@edelson.com
Stewart Pollock*
spollock@edelson.com
EDELSON PC
123 Townsend St., Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Alexander Darr*
Darr@DarrLawOffices.com
DARR LAW OFFICES
11650 Olio Road, Ste 1000-224
Fishers, Indiana 46037
Tel: 312.857.3277
Fax: 855.225.3277

*Pro hac vice admission to be sought.

*Attorneys for Plaintiff and the Putative Class*

6239/001/362678.1