The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAVID HANSON, individually and on behalf of all similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation, and COSTCO WHOLESALE CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01661<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: November 22, 2016 |

　　　　Plaintiff David Hanson and Defendants MGM Resorts International and Costco Wholesale Corporation file this Joint Stipulation to extend the date for Defendants to respond to the Complaint from November 28, 2016 to January 12, 2017, pursuant to Federal Rule of Civil Procedure 6(b).

　　　　Plaintiff filed its Complaint against Defendants on October 24, 2016. Defendants were served on November 7, 2016. Defendants have requested a 45-day extension of time to respond to the Complaint. Plaintiff has no objections to such an extension.

　　　　The parties agree that the present stipulation has been entered into for scheduling purposes only and shall not constitute a waiver of any of the defenses of Defendant.

　　　　Therefore, Plaintiff and Defendants respectfully request that the Court extend the date

1 | for Defendants to respond to the Complaint until January 12, 2017.

2 | Dated: November 22, 2016                    Respectfully submitted,

3

4 |    *s/Eve-Lynn Rapp*                                  *s/Aravind Swaminathan*

Kim D. Stephens (WSBA No. 11984)              Aravind Swaminathan (WSBA No. 33883)
kstephens@tousley.com                          ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin A. Bay (WSBA No. 19821)                 701 5th Avenue, Suite 5600
kbay@tousley.com                               Seattle, WA  98104-7097
TOUSLEY BRAIN STEPHENS PLLC                    T: 206.839.4300; F: 206.839.4301
1700 Seventh Avenue, Suite 2200                aswaminathan@orrick.com
Seattle, WA  98101
T: 206.682.5600; F: 206.682.2992              Barrie VanBrackle*
                                               Jonathan A. Direnfeld*
Rafey S. Balabanian*                           ORRICK, HERRINGTON & SUTCLIFFE LLP
rbalabanian@edelson.com                        Columbia Center
Eve-Lynn Rapp (*admitted pro hac vice*)        1152 15th Street, N.W.
erapp@edelson.com                              Washington, D.C.  20005-1706
Stewart Pollock (*admitted pro hac vice*)     T: 203.339.8400; F: 203.339.8500
spollock@edelson.com                           bvanbrackle@orrick.com
EDELSON PC                                     jdirenfeld@orrick.com
123 Townsend St., Suite 100
San Francisco, California 94107                *Pro hac vice admission to be sought.
T: 415.212.9300; F: 415.373.9435

Alexander Darr*                                *Attorneys for Defendants*
Darr@DarrLawOffices.com                        *MGM Resorts International, Costco Wholesale*
DARR LAW OFFICES                               *Corporation*
11650 Olio Road, Suite 1000-224
Fishers, Indiana 46037
T: 312.857.3277; F: 855.225.3277

*Pro hac vice admission to be sought.

*Attorneys for Plaintiff*
*David Hanson and the Putative Class*


**IT IS SO ORDERED.**

Dated this ___ day of November, 2016

_____
The Honorable Richard A. Jones
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED: November 22, 2016          ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  *s/Aravind Swaminathan*
Aravind Swaminathan (WSBA No. 33883)
aswaminathan@orrick.com

701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:     206-839-4300
Facsimile:      206-839-4301

JOINT STIP TO EXTEND TIME TO
RESPOND: 2:16-cv-01661                - 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington  98104-7079
+1-206-839-4300