THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DAVID HANSON, individually and on behalf of the settlement class,<br><br>           *Plaintiff*,<br><br>     *v.*<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation, and COSTCO WHOLESALE CORPORATION, a Delaware corporation,<br><br>           *Defendants*. | Case No. 2:16-cv-01661 RAJ<br><br>**DECLARATION OF EVE-LYNN J. RAPP IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**<br><br>NOTE ON MOTION CALENDAR: November 9, 2018 |

Pursuant to 18 U.S.C. § 1746, I, Eve-Lynn J. Rapp, hereby declare and state as follows:

1.      I am an attorney admitted to practice before the Supreme Court of the State of Illinois, and have been admitted to practice *pro hac vice* before this Court for purposes of this action. I am entering this Declaration in support of Plaintiff David Hanson's Motion for Award of Attorneys' Fees, Expenses, and Incentive Award. This Declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2.      I am a Partner of Edelson PC ("Edelson" or the "Firm"), which has been retained to represent Plaintiff David Hanson and the Settlement Class in this action. The Court appointment me and my Partner, Rafey Balabanian, as Class Counsel on July 31, 2018. (Dkt. 37.)

***Class Counsels' Efforts in the Litigation and Settlement***

3.      Less than a month after Plaintiff filed this case, Defendants MGM Resorts International ("MGM") and Costco Wholesale Corporation ("Costco," and collectively, "Defendants") represented that they had fully refunded every Gift Card that had an inactivity fee prematurely assessed.

4.      Around that same time, the parties attempted to discuss the potential for early resolution, but given their views as to the strengths of their respective arguments, no agreement was reached. Unable to resolve their differences, Defendants moved to dismiss Plaintiff's complaint as well as to strike the class allegations. Plaintiff's counsel vigorously opposed the motion, and after full briefing, the Court granted Defendants' motion as to one of Plaintiff's state law claims, but otherwise denied Defendants' motion in its entirety.

5.      Following the ruling on Defendants' motion to dismiss, the parties revisited the idea of resolution. In doing so, the parties engaged in significant informal discovery related to, among other things, the scope of Defendants' gift card sales, the size of the putative class, the amount of monetary harm caused by the allegedly unlawful inactivity fees, and the refunds exercised by Defendants to date.

6.      Thereafter—and only following months of various communications and arm's-length negotiations, as well as careful consideration and analysis by counsel—the parties reached the Settlement Agreement now before the Court.

***The Settlement's Benefits in Light of the Risks of Ongoing Litigation***

7.      The Settlement requires Defendants to create a $150,000 non-reversionary Settlement Fund from which every claiming Settlement Class Member will receive a *pro rata* distribution of the fund (less settlement administration costs, attorneys' fees and expenses, and an incentive award). Based on the anticipated claims rate to date, Class Counsel estimates that each Settlement Class Member who submits a valid Claim Form will receive approximately $11.50, in addition to their inactivity fee refunds.

8.      This Settlement was secured in the face of numerous litigation risks—including the risks of certifying the class and prevailing at summary judgment and/or trial—that could have precluded the class from recovering anything at all. And even if Hanson were successful in this case, years of appeals would surely have awaited, thus further calling into question when (or if) the class members might recover.

***Class Counsels' Representation***

9.      Class Counsel agreed to undertake Mr. Hanson's claims on a contingency basis, and Class Counsel knew from the outset that they would be required to spend hundreds of hours investigating and litigating Hanson's claims with no guarantee of success, while simultaneously foregoing other opportunities. Class Counsel have a proven record of effectively and successfully prosecuting complex nationwide class actions, and they used that experience in prosecuting this case. (*See* Edelson PC Firm Resume, attached hereto as Exhibit A.)

10.     Throughout this case, attorneys at my Firm have logged more than 272.99 hours of attorney time, and spent $660.00 in hard costs representing Mr. Hanson and the Settlement Class.

11.     My Firm's total lodestar of $103,595.95 represents the work that we have undertaken since the inception of this case and does not include the additional work that will be necessary through final approval (i.e., preparing briefing in support of final approval, contending with any objections, otherwise communicating with the Settlement Class Members about the Settlement, and continuing to supervise the administration of the Settlement).

12.     Our billable rates and an outline of the hours of each attorney that worked on this matter are incorporated in the chart below. Here, as with every case, we kept diligent and detailed time records that accurately and reasonably reflect the amount of hours required to litigate and resolve this case.

13.     In my opinion, the expenditure of time by the attorneys and staff that worked on this case was reasonable and necessary, and the hours spent easily equate to the number of hours that Class Counsel could have billed to a private client.

14.     The rates for the attorneys used to calculate the total lodestar figure correlate to their respective experience, and are the same rates that Edelson PC attorneys charge to their hourly clients, and that have been approved in similar settlements in state and federal courts across the country. *See, e.g.*, *Kulesa v. PC Cleaner, Inc.*, No. 12-cv-725-JVS, dkt. 101 (C.D. Cal. Aug. 26, 2014) (finding Edelson PC's then current hourly rates reasonable and granting their full lodestar request); *Robles v. Lucky Brand Dungarees, Inc.*, No. 10-cv- 04846-MMC, dkt. 105 (N.D. Cal. May 10, 2013) ("The Court finds the rates charged [by Edelson PC] to be appropriate and reasonable in light of the experience of each attorney and that the hourly rates are in line with comparable market rates."); *Goodman v. Hangtime, Inc.*, No. 14- cv-1022-JRB, dkt. 124 (N.D. Ill. Sept. 29, 2015); *Theis v. AVG Techs. USA, Inc.*, No. 12-cv-10920-RGS, dkt. 116 (D. Mass. May 5, 2014) (finding Edelson PC's current hourly rates reasonable in lodestar fee analysis).

15.     As reflected in the chart below, my Firm's adjusted lodestar[1] to date is $103,595.95.

---

[1]     My Firm has expended more hours on this matter than the 272.99 hours included in the chart below. However, we have not included time for certain attorneys and tasks deemed to be duplicative, excessive, or otherwise unnecessary to include here.

| (Position) | YEARS OF EXPERIENCE | HOURS | HOURLY RATE | TOTAL LODESTAR |
|---|---|---|---|---|
| Rafey Balabanian (Global Managing Partner) | 13 | 22.60 | $700 | $15,820.00 |
| Eve-Lynn Rapp (Hiring Partner) | 9 | 42.10 | $600 | $25,260.00 |
| Stewart Pollock (Former Associate) | 4 | 16.70 | $350 | $5,845.00 |
| Elizabeth Winkoswki (Former Associate) | 3 | 32.30 | $335 | $10,820.50 |
| Jamie Holz (Former Associate) | 3 | 27.03 | $335 | $9,055.05 |
| Schuyler Ufkes (Staff Attorney) | 1 | 108.26 | $290 | $31,395.40 |
| Law Clerks / Paralegals | N/A | 24 | $225 | $5,400.00 |
| **TOTAL** | | **272.99** | | **$103,595.95** |

16.      Based on my experience with several similar settlements, I anticipate that at least fifty additional hours of work will be required through final approval and administration of the Settlement, should the Court approve it. Specifically, Class Counsel must still draft a final approval motion, prepare for and attend the final fairness hearing, contend with any potential objectors, and handle various issues related to Settlement administration.

17.      In addition, my Firm has incurred $660.00 in unreimbursed expenses, which include the costs for postage/FedEx, copying and filing fees, and the additional expenses required to see this matter through final approval.

18.     A true and accurate copy of my firms full billing records and expenses are attached as Exhibits B and C, respectively.

***Plaintiff David Hanson's Efforts in the Litigation***

19.     Finally, I am of the opinion that Mr. Hanson dutifully represented the interests of the Settlement Class in this case and was instrumental in securing the Settlement.

20.     Throughout the pendency of the litigation, Mr. Hanson has played an active role as a class representative. He has assisted reviewing pleadings and other documents filed with the Court, participated in written discovery, and provided Class Counsel with critical information regarding his personal experiences being charged inactivity fees on his MGM gift cards. At all times, he has looked out for the interests of the class, not just his individual case.

21.     As the case progressed towards settlement, Mr. Hanson reviewed, approved, and ultimately signed the Settlement Agreement.

22.     Overall, Mr. Hanson's commitment of time and effort in this action has resulted in substantial benefits to his fellow class members, including the inactivity fee refunds and cash payments under the Settlement, that would not have been achieved absent his efforts.

                      *                      *                      *

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2018 at San Francisco, California.


                                        /s/ Eve-Lynn J. Rapp

# Exhibit 1

EDELSON PC FIRM RESUME

EDELSON PC is a plaintiffs' class and mass action firm with attorneys in Illinois and California.

Our attorneys have been recognized as leaders in these fields by state and federal courts, legislatures, national and international media groups, and our peers. Our reputation has led state and federal courts across the country to appoint us lead counsel in many high-profile cases, including in cutting-edge privacy class actions against comScore, Netflix, Time, Microsoft, and Facebook; Telephone Consumer Protection Act class actions against technology, media, and retail companies such as Google, Twentieth Century Fox, Simon & Schuster, and Steve Madden; data security class actions against LinkedIn, Advocate Hospitals, and AvMed; banking cases related to reductions in home equity lines of credit against Citibank, Wells Fargo, and JP Morgan Chase; fraudulent marketing cases against software companies such as Symantec, AVG and Ascentive; mobile content class actions against all major cellular telephone carriers; and product liability and personal injury cases, including the NCAA Single School/Single Sport Concussion MDL, personal injury cases against Merck alleging injuries caused by taking Vioxx, the Thomas the Tank Engine lead paint class actions and the tainted pet food litigation.

We are lead counsel in *Robins v. Spokeo*, 136 S.Ct. 1540 (2016) where the United States Supreme Court held that "intangible" harms can satisfy Article III standing requirements.

We have testified before the United States Senate and state legislative bodies on class action issues and have repeatedly been asked to work on federal and state legislation involving cellular telephony, privacy, and other consumer issues. Our attorneys have appeared on dozens of national and international television and radio programs, and in numerous national and international publications, discussing our cases and class action and consumer protection issues more generally. Our attorneys speak regularly at seminars on consumer protection and class action issues, and also lecture on class actions at law schools.

Overall, our settlements are valued at over $1 billion, collectively.

## PLAINTIFFS' CLASS AND MASS ACTION PRACTICE

EDELSON PC is a leader in plaintiffs' class and mass action litigation. Law360 has called us a "Titan of the Plaintiffs Bar," a "Plaintiffs Class Action powerhouse" and a "Privacy Litigation Heavyweight." We have been specifically recognized as "pioneers in the electronic privacy class action field, having litigated some of the largest consumer class actions in the country on this issue." *See In re Facebook Privacy Litig.*, No. C 10-02389 (N.D. Cal. Dec. 10, 2010) (order appointing us interim co-lead of privacy class action); *see also In re Netflix Privacy Litig.*, No. 11-cv-00379 (N.D. Cal. Aug. 12, 2011) (appointing us sole lead counsel due, in part, to our "significant and particularly specialized expertise in electronic privacy litigation and class actions. We have also been recognized by courts for our uniquely zealous and efficient approach to litigation, which led the then-Chief Judge of the United States Court for the Northern District of Illinois to praise our work as "consistent with the highest standards of the profession" and "a model of what the profession should be. . . ." *In re Kentucky Fried Chicken Coupon Marketing & Sales Practices Litig.*, No. 09-cv-7670, MDL 2103 (N.D. Ill. Nov. 30, 2011). Likewise, in

appointing our firm interim co-lead in one of the most high profile banking cases in the country, a federal court pointed to our ability to be "vigorous advocates, constructive problem-solvers, and civil with their adversaries." *In Re JPMorgan Chase Home Equity Line of Credit Litig.*, No. 10 C 3647 (N.D. Ill. July 16, 2010). After hard fought litigation, that case settled, resulting in the reinstatement of between $3.2 billion and $4.7 billion in home credit lines.

We have several sub-specialties within our plaintiffs' class action practice:

## MASS/CLASS TORT CASES

Our attorneys are representing labor unions and governmental entities seeking to recover losses arising out of the Opioid Crisis, classes of student athletes suffering from the long-term effects of concussive and sub-concussive injuries, homeowners who have lost their homes in Hurricane Harvey and were a part of a team of lawyers representing a group of public housing residents in a suit based upon contamination related injuries, a group of employees exposed to second-hand smoke on a riverboat casino, and a class of individuals suing a hospital and national association of blood banks for failure to warn of risks related to blood transfusions. Representative cases and settlements include:

- Filed first cases on behalf of labor unions seeking to recover losses arising out of the Opioid Crisis. *Se, e.g. Philadelphia Federation of Teachers Health and Welfare Fund v. Purdue Pharma, L.P., et al., No. 2:17-cv-04746-TJS (E.D. Penn. Oct. 26, 2017)*. Representing numerous other unions and governmental entities in similar soon-to-be-filed litigation.

- *In re: National Collegiate Athletic Association Single School/Single Sport Concussion Litig.*, No. 16-cv-8727, MDL No. 2492 (N.D. Ill.): Appointed co-lead counsel in MDL brought against the NCAA, its conferences and member institutions alleging personal injury claims on behalf of college football players resulting from repeated concussive and sub-concussive hits.

- *Bouzerand v. United States*, No. 1:17-cv-01195-VJW (Ct. Fed. Claims): Filed putative class action on behalf of homeowners alleging the government has to fairly compensate the class under the Fifth Amendment's Takings Clause after the government flooded their homes by releasing reservoir waters during Hurricane Harvey. (Note: Court is expected to decide lead counsel in December).

- *Aaron v. Chicago Housing Authority*, No. 99 L 11738 (Cir. Ct. Cook Cnty., Ill.): Part of team representing a group of public housing residents bringing suit over contamination-related injuries. Case settled on a mass basis for over $10 million.

- *Januszewski v. Horseshoe Hammond*, No. 2:00CV352JM (N.D. Ind.): Part of team of attorneys in mass suit alleging that defendant riverboat casino caused injuries to its employees arising from exposure to second-hand smoke.

- *Merck/Vioxx Lawsuits*:  Represented hundreds of individuals claiming medical problems including heart attacks and strokes after taking the prescription medication Vioxx.  Cases resolved as part of Merck's global settlement.

The firm's cases regularly receive attention from local, national, and international media. Our cases and attorneys have been reported in the Chicago Tribune, USA Today, the Wall Street Journal, the New York Times, the LA Times, by the Reuters and UPI news services, and BBC International. Our attorneys have appeared on numerous national television and radio programs, including ABC World News, CNN, Fox News, NPR, and CBS Radio, as well as television and radio programs outside of the United States. We have also been called upon to give congressional testimony and other assistance in hearings involving our cases.

## MORTGAGE & BANKING

EDELSON PC has been at the forefront of class action litigation arising in the aftermath of the federal bailouts of the banks. Our suits include claims that certain banks unlawfully suspended home credit lines based on pre-textual reasons, and that certain banks have failed to honor loan modification programs. We achieved the first federal appellate decision in the country recognizing the right of borrowers to enforce HAMP trial plans under state law. The court noted that "[p]rompt resolution of this matter is necessary not only for the good of the litigants but for the good of the Country." *Wigod v. Wells Fargo Bank, N.A.*, 673 F.3d 547, 586 (7th Cir. 2012) (Ripple, J., concurring). Our settlements have restored billions of dollars in home credit lines to people throughout the country. Representative cases and settlements include:

- *In re JP Morgan Chase Bank Home Equity Line of Credit Litig.*, No. 10-cv-3647 (N.D. Ill.): Court appointed interim co-lead counsel in nationwide putative class action alleging illegal suspensions of home credit lines. Settlement restored between $3.2 billion and $4.7 billion in credit to the class.

- *Hamilton v. Wells Fargo Bank, N.A.*, No. 09-cv-04152-CW (N.D. Cal.): Lead counsel in class actions challenging Wells Fargo's suspensions of home equity lines of credit. Nationwide settlement restores access to over $1 billion in credit and provides industry leading service enhancements and injunctive relief.

- *In re Citibank HELOC Reduction Litig.*, No. 09-cv-0350-MMC (N.D. Cal.): Lead counsel in class actions challenging Citibank's suspensions of

home equity lines of credit. The settlement restored up to $653,920,000 worth of credit to affected borrowers.

- *Wigod v. Wells Fargo*, No. 10-cv-2348 (N.D. Ill.): In ongoing putative class action, obtained first appellate decision in the country recognizing the right of private litigants to sue to enforce HAMP trial plans.

## PRIVACY/DATA LOSS

### Data Loss/Unauthorized Disclosure of Data

We have litigated numerous class actions involving issues of first impression against Facebook, Uber, Apple, Netflix, Sony, Gannett, Redbox, Pandora, Sears, Storm 8, Google, T-Mobile, Microsoft, and others involving failures to protect customers' private information, security breaches, and unauthorized sharing of personal information with third parties. Representative settlements and ongoing cases include:

- *City of Chicago and People of the State of Illinois, ex rel. Kimberly M. Foxx, State's Attorney of Cook County, Illinois*, No. 17-CH-15594 (Cir. Ct. Cook Cnty, Ill.): Several Edelson attorneys appointed Special Assistant Corporation Counsel for the City of Chicago and Special Assistant State's Attorney for Cook County, Illinois in their consolidated data breach/failure to notify lawsuit against Uber Technologies.

- *Dunstan v. comScore, Inc.*, No. 11-cv-5807 (N.D. Ill.): Lead counsel in certified class action accusing Internet analytics company of improper data collection practices. The court has finally approved a $14 million settlement.

- *Resnick v. Avmed*, No. 10-cv-24513 (S.D. Fla.): Lead counsel in data breach case filed against health insurance company. Obtained landmark appellate decision endorsing common law unjust enrichment theory, irrespective of whether identity theft occurred. Case also resulted in the first class action settlement in the country to provide data breach victims with monetary payments irrespective of identity theft.

- *In re Netflix Privacy Litig.*, No. 11-cv-00379 (N.D. Cal.): Sole lead counsel in suit alleging that defendant violated the Video Privacy Protection Act by illegally retaining customer viewing information. Case resulted in a $9 million dollar *cy pres* settlement that has been finally approved.

- *N.P. v. Standard Innovation (US), Corp.*, No. 1:16-cv-08655 (N.D. Ill.): Brought and resolved first ever IoT privacy class action against adult-toy manufacturer accused on collected and recording highly intimate and sensitive personal use data.  Case resolved for $3.75m (Canadian).

- *Sekura v. L.A. Tan Enterprises, Inc.*, No. 15 CH 16694 (Cir. Ct. Cook County, Ill.): Reached the first ever settlement under Illinois's biometric privacy statute. Settlement provided the class with $1.25m and released only the franchiser and related companies, thus allowing additional ongoing suits against franchisees to continue.

- *Halaburda v. Bauer Publishing Co.*, No. 12-cv-12831 (E.D. Mich.); *Grenke v. Hearst Communications, Inc.*, No. 12-cv-14221 (E.D. Mich.); *Fox v. Time, Inc.*, No. 12-cv-14390 (E.D. Mich.): Consolidated actions brought under Michigan's Preservation of Personal Privacy Act, alleging unlawful disclosure of subscribers' personal information. In a ground-breaking decision, the court denied three motions to dismiss finding that the magazine publishers were covered by the act and that the illegal sale of personal information triggers an automatic $5,000 award to each aggrieved consumer. In January and July of 2015, final approval was granted to a settlement reached in the *Bauer Publishing* matter and an adversarial class was certified in the *Time* case, respectively.

- *Standiford v. Palm*, No. 09-cv-05719-LHK (N.D. Cal.): Sole lead counsel in data loss class action, resulting in $640,000 settlement.

- *In re Zynga Privacy Litig.*, No. 10-cv-04680 (N.D. Cal.): Appointed co-lead counsel in suit against gaming application designer for the alleged unlawful disclosure of its users' personally identifiable information to advertisers and other third parties.

- *In re Facebook Privacy Litig.*, No. 10-cv-02389 (N.D. Cal.): Appointed co-lead counsel in suit alleging that Facebook unlawfully shared its users' sensitive personally identifiable information with Facebook's advertising partners.

- *In re Sidekick Litig.*, No. C 09-04854-JW (N.D. Cal.): Co-lead counsel in cloud computing data loss case against T-Mobile and Microsoft. Settlement provided the class with potential settlement benefits valued at over $12 million.

- *Desantis v. Sears*, No. 08 CH 00448 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in injunctive settlement alleging national retailer allowed purchase information to be publicly available through the Internet.

### *Telephone Consumer Protection Act*

EDELSON PC has been at the forefront of TCPA litigation for nearly a decade, having secured the groundbreaking *Satterfield* ruling in the Ninth Circuit applying the TCPA to

text messages, *Satterfield v. Simon & Schuster, Inc.*, 569 F.3d 946 (9th Cir. 2009), and the largest (up to $76 million in total monetary relief) TCPA settlement to date. *See Birchmeier v. Caribbean Cruise Line, Inc., et al.*, No. 12-cv-4069 (N.D. Ill.). In addition to numerous settlements—collectively providing over $200 million to consumers—we have over two dozen putative TCPA class actions pending against companies including Santander Consumer USA, Inc., GrubHub, United Student Aid Funds, NCO Financial Systems, and NRG Energy. Representative settlements and ongoing cases include:

- *Birchmeier v. Caribbean Cruise Line, Inc., et al.*, No. 12-cv-4069 (N.D. Ill.): Co-lead counsel in class action alleging that defendant violated federal law by making unsolicited telemarketing calls. Obtained adversarial class certification of nationwide class of approximately 1 million consumers. On the eve of trial, case resulted in the largest TCPA settlement to date, totaling up to $76 million in monetary relief.

- *Kolinek v. Walgreen Co.*, No. 13-cv-4806 (N.D. Ill.): Lead counsel in class action alleging that defendant violated federal law by making unsolicited prescription reminder calls. Won reconsideration of dismissal based upon whether provision of telephone number constituted consent to call. Case settled for $11 million.

- *Hopwood v. Nuance Communications, Inc., et al.*, No. 13-cv-2132 (N.D. Cal.): Lead counsel in class action alleging that defendants violated federal law by making unsolicited marketing calls to consumers nationwide. $9.245 million settlement provided class members option to claim unprecedented relief based upon total number of calls they received. Settlement resulted in some class members receiving in excess of $10,000 each.

- *Rojas v CEC*, No. 10-cv-05260 (N.D. Ill.): Lead counsel in text spam class action that settled for $19,999,400.

- *In re Jiffy Lube Int'l Text Spam Litigation*, No. 11-md-2261, 2012 WL 762888 (S.D. Cal.): Co-lead counsel in $35 million text spam settlement.

- *Ellison v Steve Madden, Ltd.*, No. cv 11-5935 PSG (C.D. Cal.): Lead counsel in $10 million text spam settlement.

- *Kramer v. B2Mobile*, No. 10-cv-02722-CW (N.D. Cal.): Lead counsel in $12.2 million text spam settlement.

- *Wright, et al. v. Nationstar Mortgage, LLC*, No. 14-cv-10457 (N.D. Ill.): Co-lead counsel in $12.1 million debt collection call settlement.

- *Pimental v. Google, Inc*., No. 11-cv-02585 (N.D. Cal.): Lead counsel in class action alleging that defendant co-opted group text messaging lists to

send unsolicited text messages. $6 million settlement provides class members with an unprecedented $500 recovery.

- *Robles v. Lucky Brand Dungarees, Inc.*, No. 10-cv-04846 (N.D. Cal.): Lead counsel in $10 million text spam settlement.

- *Miller v. Red Bull*, No. 12-CV-04961 (N.D. Ill.): Lead counsel in $6 million text spam settlement.

- *Woodman v. ADP Dealer Services*, No. 2013 CH 10169 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in $7.5 million text spam settlement.

- *Lockett v. Mogreet, Inc.*, No 2013 CH 21352 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in $16 million text spam settlement.

- *Lozano v. 20th Century Fox*, No. 09-cv-05344 (N.D. Ill.): Lead counsel in class action alleging that defendants violated federal law by sending unsolicited text messages to cellular telephones of consumers. Case settled for $16 million.

- *Satterfield v. Simon & Schuster*, No. C 06 2893 CW (N.D. Cal.): Co-lead counsel in in $10 million text spam settlement.

- *Weinstein v. Airit2me, Inc*., No. 06 C 0484 (N.D. Ill): Co-lead counsel in $7 million text spam settlement.

## CONSUMER TECHNOLOGY

### *Fraudulent Software*

In addition to the settlements listed below, EDELSON PC has consumer fraud cases pending in courts nationwide against companies such as McAfee, Inc., Avanquest North America Inc., PC Cleaner, AVG, iolo Technologies, LLC, among others. Representative settlements include:

- *Drymon v. Cyberdefender*, No. 11 CH 16779 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in class action alleging that defendant deceptively designed and marketed its computer repair software. Case settled for $9.75 million.

- *Gross v. Symantec Corp.*, No. 12-cv-00154-CRB (N.D. Cal.): Lead counsel in class action alleging that defendant deceptively designed and marketed its computer repair software. Case settled for $11 million.

- *LaGarde v. Support.com, Inc.*, No. 12-cv-00609-JSC (N.D. Cal.): Lead counsel in class action alleging that defendant deceptively designed and marketed its computer repair software. Case settled for $8.59 million.

- *Ledet v. Ascentive LLC*, No. 11-CV-294-PBT (E.D. Pa.): Lead counsel in class action alleging that defendant deceptively designed and marketed its computer repair software. Case settled for $9.6 million.

- *Webb v. Cleverbridge, Inc.*, No. 1:11-cv-04141 (N.D. Ill.): Lead counsel in class action alleging that defendant deceptively designed and marketed its computer repair software. Case settled for $5.5 million.

### Video Games

EDELSON PC has litigated cases video-game related cases against Activision Blizzard Inc., Electronic Arts, Inc., Google, and Zenimax Media, Inc.

## PRODUCTS LIABILITY CLASS ACTIONS

We have been appointed lead counsel in state and federal products liability class settlements, including a $30 million settlement resolving the "Thomas the Tank Engine" lead paint recall cases and a $32 million settlement involving the largest pet food recall in the history of the United States and Canada. Representative settlements include:

- *Barrett v. RC2 Corp.*, No. 07 CH 20924 (Cir. Ct. Cook Cnty., Ill.): Co-lead counsel in lead paint recall case involving Thomas the Tank toy trains. Settlement is valued at over $30 million and provided class with full cash refunds and reimbursement of certain costs related to blood testing.

- *In re Pet Food Products Liability Litig.*, No. 07-2867 (D.N.J.): Part of mediation team in class action involving largest pet food recall in United States history. Settlement provided $24 million common fund and $8 million in charge backs.

## INSURANCE CLASS ACTIONS

We have prosecuted and settled multi-million dollar suits against J.C. Penney Life Insurance for allegedly illegally denying life insurance benefits under an unenforceable policy exclusion and against a Wisconsin insurance company for terminating the health insurance policies of groups of self-insureds. Representative settlements include:

- *Holloway v. J.C. Penney*, No. 97 C 4555 (N.D. Ill.): One of the primary attorneys in a multi-state class action suit alleging that the defendant illegally denied life insurance benefits to the class. The case settled in or around December 2000, resulting in a multi-million dollar cash award to the class.

- *Ramlow v. Family Health Plan* (Wisc. Cir. Ct., WI): Co-lead counsel in a class action suit challenging defendant's termination of health insurance to

groups of self-insureds. The plaintiff won a temporary injunction, which was sustained on appeal, prohibiting such termination and eventually settled the case ensuring that each class member would remain insured.

## GENERAL CONSUMER PROTECTION CLASS ACTIONS

We have successfully prosecuted countless class actions against computer software companies, technology companies, health clubs, dating agencies, phone companies, debt collectors, and other businesses on behalf of consumers. In addition to the settlements listed below, EDELSON PC have litigated consumer fraud cases in courts nationwide against companies such as Motorola Mobility, Stonebridge Benefit Services, J.C. Penney, Sempris LLC, and Plimus, LLC. Representative settlements include:

### *Mobile Content*

We have prosecuted over 100 cases involving mobile content, settling numerous nationwide class actions, including against industry leader AT&T Mobility, collectively worth over a hundred million dollars.

- *McFerren v. AT&T Mobility, LLC*, No. 08-CV-151322 (Fulton Cnty. Super. Ct., Ga.): Lead counsel class action settlement involving 16 related cases against largest wireless service provider in the nation. "No cap" settlement provided virtually full refunds to a nationwide class of consumers who alleged that unauthorized charges for mobile content were placed on their cell phone bills.

- *Paluzzi v. Cellco Partnership*, No. 07 CH 37213 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in class action settlement involving 27 related cases alleging unauthorized mobile content charges. Case settled for $36 million.

- *Gray v. Mobile Messenger Americas, Inc*., No. 08-CV-61089 (S.D. Fla.): Lead counsel in case alleging unauthorized charges were placed on cell phone bills. Case settled for $12 million.

- *Parone v. m-Qube, Inc.*, No. 08 CH 15834 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in class action settlement involving over 2 dozen cases alleging the imposition of unauthorized mobile content charges. Case settled for $12.254 million.

- *Williams v. Motricity*, Inc., No. 09 CH 19089 (Cir. Ct. Cook Cnty., Ill.): Lead counsel in class action settlement involving 24 cases alleging the imposition of unauthorized mobile content charges. Case settled for $9 million.

- *VanDyke v. Media Breakaway, LLC*, No. 08 CV 22131 (S.D. Fla.): Lead counsel in class action settlement alleging unauthorized mobile content charges. Case settled for $7.6 million.

- *Gresham v. Cellco Partnership*, No. BC 387729 (L.A. Super. Ct., Cal.): Lead counsel in case alleging unauthorized charges were placed on cell phone bills. Settlement provided class members with full refunds.

- *Abrams v. Facebook, Inc.*, No. 07-05378 (N.D. Cal.): Lead counsel in injunctive settlement concerning the transmission of allegedly unauthorized mobile content.

### *Deceptive Marketing*

- *Van Tassell v. UMG*, No. 1:10-cv-2675 (N.D. Ill.): Lead counsel in negative option marketing class action. Case settled for $2.85 million.

- *McK Sales Inc. v. Discover Bank*, No. 10-cv-02964 (N.D. Ill.): Lead counsel in class action alleging deceptive marketing aimed at small businesses. Case settled for $6 million.

- *Farrell v. OpenTable*, No. 11-cv-01785 (N.D. Cal.): Lead counsel in gift certificate expiration case. Settlement netted class over $3 million in benefits.

- *Ducharme v. Lexington Law*, No. 10-cv-2763 (N.D. Cal): Lead counsel in CROA class action. Settlement resulted in over $6 million of benefits to the class.

- *Pulcini v. Bally Total Fitness Corp.*, No. 05 CH 10649 (Cir. Ct. Cook Cnty., Ill.): Co-lead counsel in four class action lawsuits brought against two health clubs and three debt collection companies. A global settlement provided the class with over $40 million in benefits, including cash payments, debt relief, and free health club services.

- *Kozubik v. Capital Fitness, Inc.*, 04 CH 627 (Cir. Ct. Cook Cnty., Ill.): Co-lead counsel in state-wide suit against a leading health club chain, which settled in 2004, providing the over 150,000 class members with between $11 million and $14 million in benefits, consisting of cash refunds, full debt relief, and months of free health club membership.

- *Kim v. Riscuity*, No. 06 C 01585 (N.D. Ill.): Co-lead counsel in suit against a debt collection company accused of attempting to collect on illegal contracts. The case settled in 2007, providing the class with full debt relief and return of all money collected.

- *Jones v. TrueLogic Financial Corp.*, No. 05 C 5937 (N.D. Ill.): Co-lead counsel in suit against two debt collectors accused of attempting to collect on illegal contracts. The case settled in 2007, providing the class with approximately $2 million in debt relief.

- *Fertelmeyster v. Match.com*, No. 02 CH 11534 (Cir. Ct. Cook Cnty., Ill.): Co-lead counsel in a state-wide class action suit brought under Illinois consumer protection statutes. The settlement provided the class with a collective award with a face value in excess of $3 million.

- *Cioe v. Yahoo!, Inc.*, No. 02 CH 21458 (Cir. Ct. Cook Cnty., Ill.): Co-lead counsel in a state-wide class action suit brought under state consumer protection statutes. The settlement provided the class with a collective award with a face value between $1.6 million and $4.8 million.

- *Zurakov v. Register.com*, No. 01-600703 (N.Y. Sup. Ct., N.Y. Cnty.): Co-lead counsel in a class action brought on behalf of an international class of over one million members against Register.com for its allegedly deceptive practices in advertising on "coming soon" pages of newly registered Internet domain names. Settlement required Register.com to fully disclose its practices and provided the class with relief valued in excess of $17 million.

## GENERAL COMMERCIAL LITIGATION

Our attorneys have handled a wide range of general commercial litigation matters, from partnership and business-to-business disputes to litigation involving corporate takeovers. We have handled cases involving tens of thousands of dollars to "bet the company" cases involving up to hundreds of millions of dollars. Our attorneys have collectively tried hundreds of cases, as well as scores of arbitrations and mediations.

## OUR ATTORNEYS

**JAY EDELSON** is the founder and CEO of EDELSON PC. e is considered one of the nation's leading class and mass action lawyers, having secured over $1 billion in settlements and verdicts for his clients.

Law360 described Jay as a "Titan of the Plaintiff's Bar". The American Bar Association recognized Jay Edelson as one of the "most creative minds in the legal industry." Law360 noted that he has "taken on some of the biggest companies and law firms in the world and has had success where others have not." Another publication explained that "when it comes to legal strategy and execution, Jay is simply one of the best in the country." Prof. Todd Henderson, the Michael J. Marks Professor of Law at the University of Chicago Law School, opined that when thinking about "who's the most innovative lawyer in the US … [Jay is] at or near the top of my list."

Jay has received special recognition for his success in taking on Silicon Valley.  The national press has dubbed Jay and his firm the "most feared" litigators in Silicon Valley and, according to the New York Times, tech's "babyfaced … boogeyman." Most recently, Chicago Lawyer Magazine dubbed Jay "Public Enemy No. 1 in Silicon Valley."  In the emerging area of privacy law, the  international press has called Jay one of the world's "profiliertesten (most prominent)" privacy class action attorneys.  The National Law Journal has similarly recognized Jay as a "Cybersecurity Trailblazer" — one of only two plaintiff's attorneys to win this recognition.

Jay has taught class actions and negotiations at Chicago-Kent College of Law and privacy litigation at UC Berkeley School of Law.  He has written a blog for Thomson Reuters, called Pardon the Disruption, where he focused on ideas necessary to reform and reinvent the legal industry and has contributed opinion pieces to TechCrunch, Quartz, the Chicago Tribune, law360, and others.  He also serves on law 360's Privacy & Consumer Protection editorial advisory board.  In recognition of the fact that his firm runs like a start-up that "just happens to be a law firm," Jay was recently named to "Chicago's Top Ten Startup Founders over 40" by Tech.co.

Jay currently serves on Chicago's 47th Ward Democratic Organization Judicial Recommendation Committee, which is responsible for interviewing, vetting and slating Cook County Judicial Candidates for election.

**RYAN D. ANDREWS** is a Partner at EDELSON PC. He presently leads the firm's complex case resolution and appellate practice group, which oversees the firm's class settlements, class notice programs, and briefing on issues of first impression.

Ryan has been appointed class counsel in numerous federal and state class actions nationwide that have resulted in over $100 million dollars in refunds to consumers, including: *Satterfield v. Simon & Schuster*, No. C 06 2893 CW (N.D. Cal.): *Ellison v Steve Madden, Ltd.*, No. cv 11-5935 PSG (C.D. Cal.); *Robles v. Lucky Brand Dungarees, Inc.*, No. 10-cv-04846 (N.D. Cal.); *Lozano v. 20th Century Fox*, No. 09-cv-05344 (N.D. Ill.): *Paluzzi v. Cellco Partnership*, No. 07 CH 37213 (Cir. Ct. Cook Cnty., Ill.); and *Lofton v. Bank of America Corp.*, No. 07-5892 (N.D. Cal.).

Representative reported decisions include: *Lozano v. Twentieth Century Fox*, 702 F. Supp. 2d 999 (N.D. Ill. 2010), *Satterfield v. Simon & Schuster, Inc.* 569 F.3d 946 (9th Cir. 2009), *Kramer v. Autobytel, Inc.*, 759 F. Supp. 2d 1165 (N.D. Cal. 2010); *In re Jiffy Lube Int'l Text Spam Litig.*, 847 F. Supp. 2d 1253 (S.D. Cal. 2012); *Lee v. Stonebridge Life Ins. Co*., 289 F.R.D. 292 (N.D. Cal. 2013); and *Kristensen v. Credit Payment Servs*., 12 F. Supp. 3d 1292 (D. Nev. Mar. 26, 2014).

Ryan graduated from the University of Michigan, earning his B.A., with distinction, in Political Science and Communications. Ryan received his J.D. with High Honors from the Chicago-Kent College of Law and was named Order of the Coif. Ryan has served as an Adjunct Professor of Law at Chicago-Kent, teaching a third-year seminar on class actions. While in law school, Ryan was a Notes & Comments Editor for The Chicago-Kent Law Review, earned CALI awards for the highest grade in five classes, and was a teaching assistant for both Property Law and Legal

Writing courses. Ryan externed for the Honorable Joan B. Gottschall in the United State District Court for the Northern District of Illinois.

Ryan is licensed to practice in Illinois state courts, the United States District Court for the Northern District of Illinois, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. Court of Appeals for the Ninth Circuit.

**RAFEY S. BALABANIAN** is the Managing Partner of EDELSON PC and its director of nationwide litigation. He started his career as a trial lawyer, serving as a prosecutor for the City of Chicago where he took part in dozens of trials. Rafey went on to join a litigation boutique in Chicago where he continued his trial work, before eventually starting with EDELSON in 2008. He is regarded by his peers as a highly skilled litigator, and has been appointed lead class counsel in more than two dozen class actions in state and federal courts across the country. His work has led to groundbreaking results in trial courts nationwide, and he has secured hundreds of millions of dollars on behalf of his clients.

Some of Rafey's more notable achievements include nationwide settlements involving the telecom industry, including companies such as AT&T, Google, Sony, Motricity, and OpenMarket valued at more than $100 million.

Rafey has also been appointed to the Executive Committee in the NCAA concussion cases, considered to be "one of the largest actions pending in the country, a multi district litigation … that currently included about 100 personal injury class actions filed by college football players[.]" He also represents labor unions and governmental entities in lawsuits against the drug manufacturers and distributors over the on-going opioid crisis, and serves as trial court counsel in *Robins v. Spokeo, Inc*., 2:10-cv-05306-ODW-AGR, which has been called the most significant consumer privacy case in recent years.

Rafey's class action practice also includes his work in the privacy sphere, and he has reached groundbreaking settlements with companies like Netflix, LinkedIn, Walgreens, Nationstar and comScore. Rafey also served as lead counsel in the case of *Dunstan, et al. v. comScore, Inc*., No. 11-cv-5807 (N.D. Ill.), where he led the effort to secure class certification of what is believed to be the largest adversarial class to be certified in a privacy case in the history of US jurisprudence.

Rafey's work in general complex commercial litigation includes representing clients ranging from "emerging technology" companies, real estate developers, hotels, insurance companies, lenders, shareholders and attorneys. He has successfully litigated numerous multi-million dollar cases, including several "bet the company" cases.

Rafey is a frequent speaker on class and mass action issues, and has served as a guest lecturer on several occasions at UC Berkeley Boalt School of Law. Rafey also serves on the Executive Committee of the Antitrust, Unfair Competition and Privacy Section of the State Bar of California where he has been appointed Vice Chair of Privacy, as well as the Executive Committee of the Privacy and Cybersecurity Section of the Bar Association of San Francisco.

Rafey received his J.D. from the DePaul University College of Law in 2005. A native of Colorado, Rafey received his B.A. in History, with distinction, from the University of Colorado – Boulder in 2002.

**CHRISTOPHER L. DORE** is a Partner at Edelson PC where he focuses his practice on emerging consumer technology and privacy issues.

Chris is the Partner-in-Charge of the Firm's Case Development & Investigations Group. His team investigates complex technological fraud and privacy related violations, including fraudulent software and hardware, undisclosed tracking of online consumer activity, illegal data retention, and large-scale commercial data breaches. In the privacy space, Chris plays an active role in applying older federal and state statutes to new technologies. He has been appointed class counsel in multiple class actions, including one of the largest settlements under the Telephone Consumer Protection Act, ground-breaking issues in the mobile phone industry and fraudulent marketing, as well as consumer privacy. Chris has been asked to appear on television, radio, and in national publications to discuss consumer protection and privacy issues, as well as asked to lecture at his alma mater on the class action practice.

Chris received his law degree from The John Marshall Law School, his M.A. in Legal Sociology from the International Institute for the Sociology of Law (located in Onati, Spain), and his B.A. in Legal Sociology from the University of California, Santa Barbara. Chris also serves on the Illinois Bar Foundation, Board of Directors.

**DAVID I. MINDELL** is a Partner at Edelson PC where he helps direct a team of attorneys and engineers in investigating and litigating cases involving complex tech fraud and privacy violations. His team's research has led to lawsuits involving the fraudulent development, marketing, and sale of computer software, unlawful tracking of consumers through mobile-devices and computers, unlawful collection, storage, and dissemination of consumer data, mobile-device privacy violations, large-scale data breaches, and the Bitcoin industry. On the other side, David also serves as a consultant to a variety of emerging technology companies.

Prior to joining Edelson PC, David co-founded several tech, real estate, and hospitality related ventures, including a tech startup that was acquired by a well-known international corporation within its first three years. David has advised tech companies on a variety of legal and strategic business-related issues, including how to handle and protect consumer data. He has also consulted with startups on the formation of business plans, product development, and launch.

While in law school, David was a research assistant for University of Chicago Law School Kauffman and Bigelow Fellow, Matthew Tokson, and for the preeminent cyber-security professor, Hank Perritt at the Chicago-Kent College of Law. David's research included cyberattack and denial of service vulnerabilities of the Internet, intellectual property rights, and privacy issues.

David has spoken to a wide range of audiences about his investigations and practice.

**ROGER PERLSTADT** is a Partner at EDELSON PC, where he concentrates on appellate and complex litigation advocacy. He has briefed and argued appeals and motions in both federal and state appellate courts.

Prior to joining EDELSON PC, Roger was a law clerk to United States District Court Judge Elaine E. Bucklo, an associate at a litigation boutique in Chicago, and a Visiting Assistant Professor at the University of Florida Levin College of Law. He has published articles on the Federal Arbitration Act in various law reviews.

Roger has been named a Rising Star by *Illinois Super Lawyer Magazine* four times since 2010.

Roger graduated from the University of Chicago Law School, where he was a member of the University of Chicago Law Review. After law school, he served as a clerk to the Honorable Elaine E. Bucklo of the United States District Court for the Northern District of Illinois.

**EVE-LYNN J. RAPP** is a Partner at EDELSON PC, where she focuses her practice on consumer technology class actions, with a particular emphasis on cell phone telephony and Telephone Consumer Protection Act ("TCPA") cases and "negative option" enrollment consumer fraud cases. She also regularly handles plaintiff's side employment class actions, including federal Fair Labor Stands Act cases and their state law counterparts. Eve is the hiring partner for the firm's Chicago office.

Eve has helped lead approximately 20 TCPA class actions, including Birchmeier v. Caribbean Cruise Line, Inc. et al., No. 12-cv-04069 (N.D. Ill.), where she secured the largest adversarial TCPA class in this nation's history. She is also lead counsel in one of the few "Do Not Call" TCPA cases to settle, resulting in a multi-million dollar settlement and affording class members with as much as $5,000 individually. Eve has also prosecuted TCPA cases on an individual basis in arbitrations, winning six-figure settlements.

She has led over a half-dozen consumer fraud and "negative option" enrollment cases, against a variety of industries, including e-cigarette sellers, the on-line gaming companies, and electronic and sport products distributors.

Eve is also leading a series of employment class actions involving the cell tower industry, securing a six-figure settlement for the named plaintiff.

In a nationally publicized products liability case, Eve help secure a reversal from the United States Supreme Court, paving the way for hundreds of thousands of people to litigate their claims of deceptive marketing.

In 2015, Eve was selected as an Illinois Emerging Lawyer by Leading Lawyers.

Eve received her J.D. from Loyola University of Chicago-School of Law, graduating cum laude, with a Certificate in Trial Advocacy. During law school, she was an Associate Editor of Loyola's International Law Review and externed as a "711" at both the Cook County State's Attorney's Office and for Cook County Commissioner Larry Suffredin. Eve also clerked for both civil and

criminal judges (The Honorable Judge Yvonne Lewis and Plummer Lott) in the Supreme Court of New York. Eve graduated from the University of Colorado, Boulder, with distinction and Phi Beta Kappa honors, receiving a B.A. in Political Science.

Eve is actively involved with the Chicago Lawyers' Committee for Civil Rights Under Law, Inc.'s Settlement Assistance Project where she represents a number of pro bono clients for settlement purposes.

**BENJAMIN H. RICHMAN** is the Managing Partner of EDELSON PC's Chicago office. He handles plaintiff's-side class and mass actions, helping employees in the workplace, consumers who were sold deceptive products or had their privacy rights violated, student athletes suffering from the effect of concussions, and labor unions and governmental bodies seeking to recover losses arising out of the opioid crisis. He also routinely represents technology and brick and mortar companies in a wide variety of commercial litigation and other matters. Overall, Ben has been appointed by the federal and state courts to be Class or Lead Counsel in dozens of cases. His suits have recovered hundreds of millions of dollars for his clients.

On the plaintiff's side, Ben is currently part of the team leading the *National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation – Single Sport/Single School (Football)* multi-district litigation, bringing personal injury lawsuits against the NCAA, athletic conferences, and its member institutions over concussion-related injuries. He is also representing labor unions and governmental entities in lawsuits against the drug manufacturers and distributors over the opioid crisis. And he is currently pursuing claims of Houston area homeowners against United States seeking recovery for alleged constitutional takings of their properties in the wake of Hurricane Harvey. In addition, Ben is lead counsel in numerous class actions involving alleged violations of class members' common law and statutory rights (e.g., violations of Alaska's Genetic Privacy Act, Illinois' Biometric Information Privacy Act, the federal Telephone Consumer Protection Act, and others).

Some of Ben's notable achievements include acting as lead counsel and securing settlements collectively worth $50 million dollars in over a half-dozen nationwide class actions against software companies involving claims of fraudulent marketing and unfair business practices. He was part of the team that litigated over a half-dozen nationwide class actions involving claims of unauthorized charges on cellular telephones, which ultimately led to settlements collectively worth hundreds of millions of dollars. And he has been lead counsel numerous multi-million dollar privacy settlements, including several that resulted in individual payments to class members reaching into the tens of thousands of dollars and another that –in addition to securing millions of dollars in monetary relief – also led to a waiver by the defendants of their primary defenses to claims that were not otherwise being released.

Ben's work in complex commercial matters includes successfully defending multiple actions against the largest medical marijuana producer in state of Illinois related to the issuance of its cultivation licenses, and successfully defending one of the largest mortgage lenders in the country on claims of unjust enrichment, securing dismissals or settlements that ultimately amounted to a fraction of typical defense costs in such actions. Ben has also represented startups in various matters, including licensing, intellectual property, and merger and acquisition.

Each year since 2015, Ben has been recognized by Super Lawyers as a *Rising Star* and Leading Lawyers as an *Emerging Lawyer* in both class action and mass tort litigation.

Ben received his J.D. from The John Marshall Law School, where he was an Executive Editor of the Law Review and earned a Certificate in Trial Advocacy. While in law school, Ben served as a judicial extern to the Honorable John W. Darrah of the United States District Court for the Northern District of Illinois. Ben has also routinely guest-lectured at various law schools on issues related to class actions, complex litigation and negotiation.

**ARI J. SCHARG** is a Partner at EDELSON PC and Chair of the firm's Government Affairs Group, where he counsels governmental entities and officials on a range of policy and strategic issues involving consumer protection, privacy, technology, and data security. Known as an aggressive advocate, Ari also leverages his experience litigating hundreds of complex class and mass action lawsuits to help local governments prosecute large-scale cost recovery actions, including those against the pharmaceutical companies responsible for the opioid crisis.

Recognized as one of the leading experts on privacy and emerging technologies, Ari serves on the inaugural Executive Oversight Council for the Array of Things Project where he advises on privacy and data security matters, Chairs the Illinois State Bar Association's Privacy and Information Security Section, and was recently appointed by the Illinois Senate President to Co-Chair the Illinois Blockchain and Distributed Ledgers Task Force alongside Representative Michael Zalewski (21st Dist.). Ari was selected as an Illinois Rising Star by Super Lawyers (2013 – 2018), and received the Michigan State Bar Foundation's Access to Justice Award (2017) for "significantly advancing access to justice for the poor" through his consumer cases.

Ari regularly speaks about data security and technology at law schools and conferences around the country, and has testified before the Michigan House of Representatives Committee on Commerce and Trade about the privacy implications raised by the surging data mining industry and the Nevada Assembly Commerce and Labor Committee about the privacy implications raised by the surreptitious collection and use of geolocation data.

Ari received his B.A. in Sociology from the University of Michigan – Ann Arbor and graduated magna cum laude from The John Marshall Law School where he served as a Staff Editor for THE JOHN MARSHALL LAW REVIEW and competed nationally in trial competitions. During law school, he also served as a judicial extern to The Honorable Bruce W. Black of the U.S. Bankruptcy Court for the Northern District of Illinois.

**ALFRED K. MURRAY II** is Senior Litigation Counsel at EDELSON PC.

Alfred's prior experience includes handling a myriad of cases in his solo practice after spending several years at a well-respected civil litigation firm.  Alfred's prior experience includes practice areas of civil right & municipal liability defense, commercial litigation, real estate litigation, and professional negligence.  Known as a skilled yet reasonable litigator, Alfred has conducted bench trials, jury trials, and evidentiary hearings throughout the Northern District of Illinois, the Circuit Court of Cook County, and the surrounding suburbs.  His experience in commercial litigation

and real estate litigation led to substantive experience with judgment enforcement proceedings, where he eventually co-authored the *Equitable Remedies* chapter in the 2011 Supplement and 2013 Update to the *Illinois Institute of Continuing Legal Education, Creditors' Rights in Illinois*. Alfred has also lectured on supplemental proceedings, complex asset recovery, and post-judgment causes of action for the Illinois Creditors Bar Association, Illinois State Bar Association, Illinois Institute of Continuing Legal Education, and Chicago Bar Association. Alfred was selected as an Illinois Rising Star by Super Lawyers (2014, 2015, 2016, 2017, 2018).

Alfred received his B.S. in Political Science from the University of Illinois at Urbana-Champaign, and received his J.D. from The John Marshall Law School. During law school, Alfred served as the Chief Justice on the Moot Court Honors Board and participated in a number of national moot court competitions. While a law student, he also served as a judicial extern to The Honorable Abishi C. Cunningham of the Circuit Court of Cook County and served as a law clerk in the criminal enforcement division of the Office of the Illinois Attorney General, Lisa Madigan.

**LILY HOUGH** is an Associate at EDELSON PC where her practice focuses on consumer privacy-related class actions.

Lily received her J.D., *cum laude*, from Georgetown University Law Center. In law school, Lily served as a Law Fellow for Georgetown's first year Legal Research and Writing Program and as the Executive Editor of the Georgetown Immigration Law Journal. She participated in D.C. Law Students In Court, one of the oldest clinical programs in the District of Columbia, where she represented tenants in Landlord & Tenant Court and plaintiff consumers in civil matters in D.C. Superior Court. She also worked as an intern at the U.S. Department of State in the Office of the Legal Adviser, International Claims and Investment Disputes (L/CID).

Prior to law school, Lily attended the University of Notre Dame, where she graduated *magna cum laude* with departmental honors and earned her B.A. in Political Science and was awarded a James F. Andrews Scholarship for commitment to social concerns. She is also a member of the Pi Sigma Alpha and Phi Beta Kappa honor societies.

**SYDNEY JANZEN** is an Associate at EDELSON PC where her practice focuses on consumer privacy-related class actions.

Sydney received her J.D., *cum laude*, from The John Marshall Law School. While in law school, she was Executive Justice of the Moot Court Honor Society, a staff editor of The John Marshall Law Review, and a teaching assistant for Contracts and Legal Writing and Civil Procedure. Sydney represented John Marshall at the Pepperdine National Entertainment Law Competition where she was a quarter-finalist and won Best Petitioner's Brief. Sydney was a 2016 Member of the National Order of Scribes.

Prior to attending law school, Sydney attended DePaul University where she graduated, *summa cum laude*, with a B.A. in English and French.

**J. AARON LAWSON** is an Associate at EDELSON PC where his practice focuses on appeals and complex motion practice.

Prior to joining EDELSON PC, Aaron served for two years as a Staff Attorney for the United States Court of Appeals for the Seventh Circuit, handling appeals involving a wide variety of subject matter, including consumer-protection law, employment law, criminal law, and federal habeas corpus. While at the University of Michigan Law School, Aaron served as the Managing Editor for the Michigan Journal of Race & Law, and participated in the Federal Appellate Clinic. In the clinic, Aaron briefed a direct criminal appeal to the United States Court of Appeals for the Sixth Circuit, and successfully convinced the court to vacate his client's sentence.

**TODD LOGAN** is an Associate at EDELSON PC. He focuses his practice on class and mass actions and large-scale governmental suits. Todd represents labor unions and governments seeking to recover losses arising out of the opioid crisis, Houston area homeowners in litigation against the United States seeking recovery for alleged constitutional takings of their properties in the wake of Hurricane Harvey, student athletes suffering from the harmful effects of concussions, employees and consumers who have had their privacy rights violated, and consumers who were defrauded.

Todd has litigated dozens of lawsuits in federal and state courts. He led Edelson's efforts in litigating and ultimately obtaining the first ever class action settlement under Illinois' Biometric Information Privacy Act. Overall, his cases have resulted in settlements that have paid out tens of millions of dollars.

From 2016–17, Todd clerked for the Honorable James Donato in the Northern District of California.

**AMIR MISSAGHI** is an Associate at EDELSON PC where he focuses on technology and privacy class actions.

Amir received his J.D. from the Chicago-Kent College of Law, where he was a member of the Moot Court Honor Society and a teaching assistant in Property. Before law school, he attended the University of Minnesota, where he received his B.S. and M.S. in Applied Economics. He then began working at a Fortune 50 company as a programmer and data analyst. During that time Amir started working on his graduate studies in Applied Economics where he focused on analyzing consumer choice in healthcare markets.

**MICHAEL OVCA** is an Associate at EDELSON PC where he focuses on consumer, privacy-related and technology-related class actions.

Michael received his J.D. *cum laude* from Northwestern University, where he was an associate editor of the Journal of Criminal Law and Criminology, and a member of several award winning trial and moot court teams.

Prior to law school, Michael graduated *summa cum laude* with a degree in political science from the University of Illinois.

**ALBERT J. PLAWINSKI** is an Associate at EDELSON PC where he focuses on investigating privacy violations by consumer products and IoT devices.

Albert received his J.D. from the Chicago-Kent College of Law. While in law school, Albert served as the Web Editor of the Chicago-Kent Journal of Intellectual Property. Albert was also a research assistant for professor Hank Perritt for whom he researched various legal issues relating to the emerging consumer drone market—e.g., data collection by drone manufacturers and federal preemption obstacles for states and municipalities seeking to legislate the use of drones. Additionally, Albert earned a CALI award, for receiving the highest course grade, in Litigation Technology.

Prior to law school, Albert graduated with Highest Distinctions with a degree in Political Science from the University of Illinois at Urbana-Champaign.

**DAN SCHNEIDER** is an Associate at EDELSON PC where he focuses on consumer protection and privacy-related class actions.

Dan received his J.D. *summa cum laude* from the University of Wisconsin, where he served as an Articles Editor for the Wisconsin Law Review.

Prior to law school, Dan graduated *magna cum laude* with a B.A. in Visual and Media Arts from Emerson College. He later worked as a freelance journalist for many years covering economics, activism, and music in the Boston area. His work has appeared in *The Atlantic*, *The Boston Globe*, and *In These Times*, among other outlets.

**BEN THOMASSEN** is an Associate at EDELSON PC where he focuses on consumer litigation, with an emphasis on privacy and data breach class actions.

Ben's work at the firm has achieved significant results for classes of consumers. He has been appointed as class counsel in several high profile cases, including, for example, *Harris v. comScore, Inc.*, No. 11-cv-5807 (N.D. Ill.) (appointed class counsel in case against data analytics company, which is estimated to be the largest privacy class action certified on adversarial basis and resulted in $14MM settlement). Ben has also played critical and leading roles in developing, briefing, and arguing novel legal theories on behalf of his clients, including by delivering the winning oral argument to the Eleventh Circuit in the seminal case of *Resnick, et al. v. AvMed, Inc.*, No. 10-cv-24513 (S.D. Fla.) (appointed class counsel in industry-changing data breach case, which obtained a landmark appellate decision endorsing common law unjust enrichment theory, irrespective of whether identity theft occurred) and recently obtaining certification of a class of magazine subscribers in *Coulter-Owens v. Time, Inc.*, No. 12-cv-14390 (E.D. Mich.) (achieved adversarial certification in privacy case brought by class of magazine subscribers against magazine publisher under Michigan's Preservation of Personal Privacy Act). His cases have resulted in millions of dollars to consumers.

Ben graduated *magna cum laude* from Chicago-Kent College of Law, where he also earned a certificate in Litigation and Alternative Dispute Resolution and was named Order of the Coif. He also served as Vice President of Chicago-Kent's Moot Court Honor Society and earned (a

currently unbroken firm record of) seven CALI awards for receiving the highest grade in Appellate Advocacy, Business Organizations, Conflict of Laws, Family Law, Personal Income Tax, Property, and Torts. In 2017, Ben was selected as an Illinois Emerging Lawyer by Leading Lawyers.

Before settling into his legal career, Ben worked in and around the Chicago and Washington, D.C. areas in a number of capacities, including stints as a website designer/developer, a regular contributor to a monthly Capitol Hill newspaper, and a film projectionist and media technician (with many years experience) for commercial theatres, museums, and educational institutions. Ben received a Master of Arts degree from the University of Chicago and his Bachelor of Arts degree, *summa cum laude*, from St. Mary's College of Maryland.

**ALEXANDER G. TIEVSKY** is an Associate at EDELSON PC, where he concentrates on complex motion practice and appeals in consumer class action litigation.

He received his J.D. from the Northwestern University School of Law, where he graduated from the two-year accelerated J.D. program. While in law school, Alex was Media Editor of the Northwestern University Law Review. He also worked as a member of the Bluhm Legal Clinic's Center on Wrongful Convictions. Alex maintains a relationship with the Center and focuses his public service work on seeking to overturn unjust criminal convictions in Cook County.

Alex's past experiences include developing internal tools for an enterprise software company and working as a full-time cheesemonger. He received his A.B. in linguistics with general honors from the College of the University of Chicago.

**SCHUYLER UFKES** is an Associate at EDELSON PC where he focuses on consumer and privacy-related class actions.

Schuyler received his J.D. *magna cum laude* from the Chicago-Kent College of Law. While in law school, Schuyler served as an Executive Articles Editor for the Chicago-Kent Law Review and was a member of the Moot Court Honor Society. Schuyler earned five CALI awards for receiving the highest grade in Legal Writing II, Legal Writing III, Pretrial Litigation, Supreme Court Review, and Professional Responsibility.

Prior to law school, Schuyler studied Consumer Economics and Finance at the University of Illinois Urbana-Champaign.

**ELI WADE-SCOTT** is an Associate at Edelson PC where his practice focuses on consumer, privacy-related, and tech-related class actions.

Before joining Edelson, Eli was a Skadden Fellow at LAF, Cook County's federally-funded legal aid provider. There, Eli represented dozens of low-income tenants in affirmative litigation against their landlords to remedy dangerous housing conditions, such as pest infestations, absence of heat and hot water, and sewage back-ups. Eli secured numerous temporary restraining orders requiring landlords to perform necessary repairs, and obtained tens of thousands of dollars in damages for his clients.

Most recently, Eli served as a law clerk to the Honorable Judge Rebecca Pallmeyer of the Northern District of Illinois. During law school, he was an Executive Editor on the Harvard Law and Policy Review.

**JACOB WRIGHT** is an Associate at EDELSON PC where his practice focuses on consumer and privacy-related class actions.

Jacob graduated with honors from the University of Texas at Austin with a degree in Government and Middle Eastern Studies. He received his J.D. *cum laude* from American University College of Law.

Jacob is a Member of the Equality Illinois Political Action Committee as well as a Next Generation Board Member of La Casa Norte.

**SHAWN DAVIS** is the Director of Digital Forensics at EDELSON PC, where he leads a technical team in investigating claims involving privacy violations and tech-related abuse. His team's investigations have included claims arising out of the fraudulent development, marketing, and sale of computer software, unlawful tracking of consumers through digital devices, unlawful collection, storage, and dissemination of consumer data, large-scale data breaches, receipt of unsolicited communications, and other deceptive marketing practices.
Prior to joining EDELSON PC, Shawn worked for Motorola Solutions in the Security and Federal Operations Centers as an Information Protection Specialist. Shawn's responsibilities included network and computer forensic analysis, malware analysis, threat mitigation, and incident handling for various commercial and government entities.

Shawn is an Adjunct Industry Associate Professor for the School of Applied Technology at the Illinois Institute of Technology (IIT) where he has been teaching since December of 2013. Additionally, Shawn is a faculty member of the IIT Center for Cyber Security and Forensics Education which is a collaborative space between business, government, academia, and security professionals. Shawn's contributions aided in IIT's designation as a National Center of Academic Excellence in Information Assurance by the National Security Agency.

Shawn graduated with high honors from the Illinois Institute of Technology with a Masters of Information Technology Management with a specialization in Computer and Network Security. During graduate school, Shawn was inducted into Gamma Nu Eta, the National Information Technology Honor Society.

Exhibit 2

# Estimated Billing by Team

Edelson PC

Between June 01, 2015 and October 01, 2018

|  | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| **Balabanian, Rafey** | | | | | | | |
| 10/21/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed and revised draft complaint. | 1.80 | | $1,260.00 USD |
| 01/03/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Reviewed and analyzed Defendants' motion to dismiss. | 1.50 | | $1,050.00 USD |
| 02/24/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed and revised draft opposition to mo ion to dismiss. | 2.30 | | $1,610.00 USD |
| 03/15/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed and analyzed reply in support of motion to dismiss. | 1.00 | | $700.00 USD |
| 09/11/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged emails with opposing counsel re continuing settlement discussions. | 0.30 | | $210.00 USD |
| 09/12/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Prepared for and engaged in telephone conference with opposing counsel re potential settlement. | 1.00 | | $700.00 USD |
| 09/13/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Exchanged emails with opposing counsel re settlement. | 0.30 | | $210.00 USD |
| 09/14/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re settlement. | 0.40 | | $280.00 USD |
| 09/14/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Prepared for and engaged in conference call with opposing counsel re settlement. | 0.70 | | $490.00 USD |
| 09/16/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re draft motion to stay. | 0.20 | | $140.00 USD |
| 09/16/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed, analyzed and revised draft motion to stay in light of settlement. | 0.30 | | $210.00 USD |
| 09/19/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re email from Chambers on next steps. | 0.20 | | $140.00 USD |
| 09/19/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Telephone conference with opposing counsel re next steps. | 0.20 | | $140.00 USD |
| 09/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re responding to Chambers re next steps. | 0.20 | | $140.00 USD |
| 09/21/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with Victoria Eriksen re next steps following settlement. | 0.30 | | $210.00 USD |
| 10/06/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Email from opposing counsel re setting up call to discuss settlement. | 0.10 | | $70.00 USD |
| 10/10/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Email from opposing counsel re settlement. | 0.10 | | $70.00 USD |
| 10/12/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re settlement. | 0.20 | | $140.00 USD |
| 10/13/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Prepared for and engaged in conference call with opposing counsel re settlement. | 0.40 | | $280.00 USD |
| 10/14/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Email from opposing counsel attempting to summarize our call from 10/13. | 0.30 | | $210.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 10/17/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Exchanged emails with opposing counsel whereby I disputed certain statements from counsel's email of 10/14. | 0.30 | | $210.00 USD |
| 10/18/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Email from opposing counsel re dispute re settlement reached. | 0.10 | | $70.00 USD |
| 10/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re dispute about settlement terms. | 0.30 | | $210.00 USD |
| 10/25/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re scope of release. | 0.20 | | $140.00 USD |
| 10/26/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel confirming terms of settlement. | 0.10 | | $70.00 USD |
| 11/09/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from Ms. Ericksen re status of settlement. | 0.10 | | $70.00 USD |
| 11/10/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged emails with opposing counsel re responding to Chambers about status of settlement. | 0.20 | | $140.00 USD |
| 11/13/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email to Chambers re status of settlement. | 0.20 | | $140.00 USD |
| 11/18/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel re status of draft settlement agreement. | 0.10 | | $70.00 USD |
| 11/27/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel re draft settlement agreement. | 0.10 | | $70.00 USD |
| 11/28/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed and revised draft settlement agreement and ancillary documents. | 2.50 | | $1,750.00 USD |
| 11/28/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re status of draft settlement agreement. | 0.20 | | $140.00 USD |
| 12/02/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged emails with opposing counsel re and for the purpose of forwarding draft settlement agreement and related documents. | 0.20 | | $140.00 USD |
| 12/04/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged emails with opposing counsel re seeking extension to finalize settlement. | 0.20 | | $140.00 USD |
| 12/12/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel re finalizing settlement. | 0.20 | | $140.00 USD |
| 12/13/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email to opposing counsel re finalizing settlement. | 0.10 | | $70.00 USD |
| 12/14/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged emails with opposing counsel re responding to Chambers about status of settlement. | 0.20 | | $140.00 USD |
| 12/16/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email to Chambers re status of settlement and request for final extension to complete the same. | 0.20 | | $140.00 USD |
| 12/19/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from Chambers allowing for extension to complete settlement. | 0.10 | | $70.00 USD |
| 01/09/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email to opposing counsel re status of settlement. | 0.10 | | $70.00 USD |
| 01/10/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel re status of final edits to settlement. | 0.20 | | $140.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 01/11/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged several emails with opposing counsel re and for the purpose of forwarding Defendant's edits to draft settlement agreement. | 0.70 | | $490.00 USD |
| 01/11/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed, analyzed and revised Defendant's edits to draft settlement agreement. | 2.80 | | $1,960.00 USD |
| 01/15/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel re Defendant's acceptance of Plaintiff's demand that settlement fund be non-reversionary, as agreed at the outset of settlement discussions. | 0.20 | | $140.00 USD |
| 01/22/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from opposing counsel re Defendant's acceptance of non-reversionary settlement fund. | 0.10 | | $70.00 USD |
| 01/23/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email to opposing counsel acknowledging Defendant's acceptance of non-reversionary settlement fund. | 0.10 | | $70.00 USD |
| 01/29/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Exchanged emails with Chambers re status of settlement. | 0.20 | | $140.00 USD |
| 01/29/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re finalizing set lement. | 0.20 | | $140.00 USD |
| 01/30/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Email to opposing counsel re and for the purpose of forwarding draft long form notice. | 0.10 | | $70.00 USD |
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Email from Chambers re Court's acceptance of proposed schedule for settlement. | 0.10 | | $70.00 USD |
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Exchanged emails with opposing counsel re and for the purpose of forwarding edits to draft long form notice and other set lement documents, as well as selection of a settlement administrator. | 0.40 | | $280.00 USD |
| **Total** | | | | | **22.60** | | **$15,820.00** USD |

**Holz, Jamie**

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 06/10/16 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Addressing client concerns in MGM/Costco gift card li igation | 0.75 | | $251.25 USD |
| 06/10/16 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Addressing concerns re: MGM gift card complaint | 0.25 | | $83.75 USD |
| 06/17/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | MGM gift card - conference call with AD re: complaint edits | 0.42 | | $140.70 USD |
| 09/14/16 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | MGM Gift Card - Drafting retention letter | 0.41 | | $137.35 USD |
| 09/29/16 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Conf call with SP re: complaint | 0.84 | | $281.40 USD |
| 09/29/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Proofing and editing complaint | 4.20 | | $1,407.00 USD |
| 10/24/16 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Researching potential NDTPA issues | 1.40 | | $469.00 USD |
| 10/26/16 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Reviewing service process, and Drafting AG Service letter for complaint | 0.38 | | $127.30 USD |
| 10/26/16 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | Researching procedure for and drafting PHVs | 0.49 | | $164.15 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 11/02/16 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | resolving issues with improper summons | 0.74 | | $247.90 USD |
| 11/07/16 | Class Action Cases | Hanson v. MGM International, et al | Other | serving summons/complaint/standing order | 0.43 | | $144.05 USD |
| 11/10/16 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | handling service of pleadings - MGM and Costco | 0.41 | | $137.35 USD |
| 01/06/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Preparing for conference call 1/6 | 3.40 | | $1,139.00 USD |
| 01/06/17 | Class Action Cases | Hanson v. MGM International, et al | Factual Research | Reviewing and verifying representations made by defendant in conference call re: EFTA viability, refunds, etc. | 1.68 | | $562.80 USD |
| 01/13/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Compiling research for BS to draft Opp MTD | 1.94 | | $649.90 USD |
| 01/17/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call w Alex Darr re Opp MTD, communication w BSK re Opp MTD | 0.71 | | $237.85 USD |
| 01/18/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | preparing for and conduc ing mee ing with EW re MTD | 1.30 | | $435.50 USD |
| 01/18/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Reviewing extraterritorial application of NDPTA | 0.51 | | $170.85 USD |
| 01/20/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Discussing OPP MTD w/ EW | 0.41 | | $137.35 USD |
| 01/22/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call w/ Alexander Darr re OPP MTD | 0.25 | | $83.75 USD |
| 01/23/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Mee ing with EW re OPP MTD | 0.76 | | $254.60 USD |
| 01/23/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Mee ing with EW and CK re OPP MTD | 0.31 | | $103.85 USD |
| 01/24/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Researching relationship between Washington CPA and gift card act | 0.43 | | $144.05 USD |
| 01/26/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call with AD to relay communications to Hanson | 0.31 | | $103.85 USD |
| 01/26/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call with AD re: opp mtd/case strategy | 1.49 | | $499.15 USD |
| 01/27/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Conf call with AD and EW re Opp MTD | 0.47 | | $157.45 USD |
| 01/30/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewing Opp. MTD/ discussing with EW | 0.51 | | $170.85 USD |
| 02/02/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Clarifying class certification deadlines with SP | 0.36 | | $120.60 USD |
| 02/02/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | mee ing w/ MO re class cert deadlines | 0.21 | | $70.35 USD |
| 02/10/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call w ELR re settlement negotiations/MTD Opp briefing | 0.31 | | $103.85 USD |
| 02/13/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call w AD re Set lement negotiations/ OPP MTD briefing | 0.42 | | $140.70 USD |
| 02/23/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Discussion w EW re Opp MTD injury theories | 0.43 | | $144.05 USD |
| 04/06/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | email to AJD re progression of litigation | 0.10 | | $33.50 USD |
| **Total** | | | | | **27.03** | | **$9,055.05** USD |

**Pollock, Stewart**

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 09/20/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Review and revise complaint | 0.90 | | $315.00 USD |
| 09/29/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Review complaint and call with Jamie re expected legal issues. | 2.20 | | $770.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 10/27/16 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Review and revise preservation letter. | 0.50 | | $175.00 USD |
| 11/07/16 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | File PHV | 0.70 | | $245.00 USD |
| 01/13/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Preparing ou line for Hanson Opp to MTD | 1.30 | | $455.00 USD |
| 01/16/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call with Brandt re Opp to MTD | 0.60 | | $210.00 USD |
| 01/25/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafting request for extension | 1.20 | | $420.00 USD |
| 01/26/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Revising request for extension | 0.50 | | $175.00 USD |
| 01/30/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | call with court clerk re extension | 0.50 | | $175.00 USD |
| 02/01/17 | Class Action Cases | Hanson v. MGM International, et al | Discovery | Mee ing with Zach re Hanson discovery drafting | 0.80 | | $280.00 USD |
| 02/03/17 | Class Action Cases | Hanson v. MGM International, et al | Discovery | Reviewing Zach's discovery draft | 0.80 | | $280.00 USD |
| 02/28/17 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | Handling courtesy copies for MTD Opp. | 0.20 | | $70.00 USD |
| 04/24/17 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | Drafting extension & calls with opposing counsel and local counsel | 6.50 | | $2,275.00 USD |
| **Total** | | | | | **16.70** | | **$5,845.00 USD** |
| **Rapp, Eve** | | | | | | | |
| 10/19/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | review the complaint; internal discussions with SP and JH re same | 1.50 | | $900.00 USD |
| 10/26/16 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | review pro hac vice application | 0.10 | | $60.00 USD |
| 11/10/16 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | review service details for Costco and MGM; email communica ion re same | 0.10 | | $60.00 USD |
| 11/21/16 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | call with Defendants regarding extension of time to respond to the complaint; review s ipulation to extend | 0.50 | | $300.00 USD |
| 01/06/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | call with defense counsel re upcoming motion to dismiss and preliminary discussion regarding potential for resolution (.5); prep with JH ahead of the call to review allega ions and potential issues (.6) | 1.10 | | $660.00 USD |
| 01/12/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review motion to dismiss and conduct preliminary research regarding arguments raised | 1.60 | | $960.00 USD |
| 01/13/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | additional research for MTD response re: (i) extraterritorial application of WCPA (Thornell case) (ii) MGM not on list of licensed bodies referred to in Defendants' declaration, and (iii) relevant terms at the times of transaction | 1.10 | | $660.00 USD |
| 01/23/17 | Class Action Cases | Hanson v. MGM International, et al | Factual Research | review add'l information from client re inactivity fees charged; internal discussion with EW and JH re same | 0.70 | | $420.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 01/25/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review draft stipulation for extension of mtd response and local rules; emails re same | 0.60 | | $360.00 USD |
| 01/25/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | internal discussions wi h referring counsel and client re Defendants' settlement offer | 0.80 | | $480.00 USD |
| 01/27/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | emails with local counsel re stipulated motion for extension | 0.30 | | $180.00 USD |
| 02/02/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Internal discussion with JH and SP re D. Wash's class certification rules (LR 23) to determine if we must move for class cert within 180 days in light of Judge's standing order | 0.70 | | $420.00 USD |
| 02/10/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | edits to EW draft of MTD response | 1.40 | | $840.00 USD |
| 02/13/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac/Settlement | review stip for an extension and ancillary documents; communications with Defendants' counsel regarding stipula ion | 0.60 | | $360.00 USD |
| 02/22/17 | Class Action Cases | Hanson v. MGM International, et al | Settlement | follow up settlement call with defense counsel | 0.40 | | $240.00 USD |
| 02/23/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | discuss with EW add'l facts that need to be added to MTD response regarding plaintiff's use of gift cards after the fee was accessed; review changes to brief in that section | 0.40 | | $240.00 USD |
| 02/27/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | add'l edits to Hanson and discussion with EW regarding add'l needed edits (.6); review local counsel filing instructions (.1) | 0.70 | | $420.00 USD |
| 02/27/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review RB's and KB (local counsel) edits to MTD response brief and incorporate them in final draft. Prepare for filing | 1.40 | | $840.00 USD |
| 03/15/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Review Defendants' reply to MTD | 0.60 | | $360.00 USD |
| 04/24/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | internal discussion re court's local rule on moving for class cert; review and edit draft stipulation regarding extending deadline in the event the date had not been stayed | 2.30 | | $1,380.00 USD |
| 05/03/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review Defendants' response to motion to extend deadline for class cert; internal discussion with RB re same | 0.30 | | $180.00 USD |
| 07/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review Order on MTD (.5); review Order re case management and other scheduling deadlines (.2) | 0.50 | | $300.00 USD |
| 07/28/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | email to defense counsel re scheduling 26(f) conference; review response email form JD re 45 day extension to revisit settlement discussions ; further communications (telephonic and email) re same | 0.80 | | $480.00 USD |
| 07/31/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | further conversations with JD re extending deadlines to discuss settlement possibilities; review draft stipulation | 0.60 | | $360.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 08/01/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | communications with CD and local counsel re status of case and potential negotiations | 0.30 | | $180.00 USD |
| 08/15/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | settlement communications with Defendants ; internal discussions with RB re same (.7); review stipulation for 30 day extension (.2) | 0.90 | | $540.00 USD |
| 08/21/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | correspondence with defense counsel requesting add'l information to consider  heir settlement proposal regarding size/scope of class | 0.20 | | $120.00 USD |
| 08/28/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | follow up email reques ing class size/scope information and review of response information rec'd from Defendants | 0.40 | | $240.00 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | internal discussion with SU re preliminary approval brief | 0.50 | | $300.00 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | communications with DK of Heffler regarding class notice; follow up correspondence via email | 0.80 | | $480.00 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review Defendants' proposed edits to all settlement documents-- agreement, notice documents, etc. Propose changes to RB and discussion re same | 3.10 | | $1,860.00 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | internal discussion with SU re preliminary approval brief (specifically addressing new 9th Circuit opinion affecting poten ial choice of law analysis). Review relevant 9th Circuit decision | 0.90 | | $540.00 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | communications re SA with defense counsel and discuss further changes | 0.60 | | $360.00 USD |
| 02/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review and edit preliminary approval brief | 2.50 | | $1,500.00 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | communications with CD and referring counsel re settlement | 1.20 | | $720.00 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review MS proofing edits to settlement agreement and ancillary docs. prepare everything for filing | 1.40 | | $840.00 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | communications with DK re notice options | 0.40 | | $240.00 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review draft declaration in support of preliminary approval and make edits to the same (.3) ; review mtn for excess pages and other rules re filing ( 8) | 1.10 | | $660.00 USD |
| 02/09/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | communications with DK from Heffler re number of class members for whom defendants have direct contact information for notice plan | 0.30 | | $180.00 USD |
| 02/09/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | coordina ing and finalizing preliminary approval filing | 1.80 | | $1,080.00 USD |
| 02/13/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | email to referring counsel re expected dates for settlement approval and anticipated motions | 0.40 | | $240.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 02/20/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | emails w/ opposing counsel Jon D. and class admin Dave K. re CAFA notice. Review all proposed CAFA documents | 0.70 | | $420.00 USD |
| 06/22/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | communications to opposing counsel and with the Court re status of ruling on motion for preliminary approval | 0.40 | | $240.00 USD |
| 07/27/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | call with referring counsel re status of case | 0.30 | | $180.00 USD |
| 08/02/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | communications with opposing counsel re dates established by Court's preliminary approval order (.3); email to Judge Jone's clerk re same (.3) | 0.60 | | $360.00 USD |
| 08/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review preliminary approval order and internal discussion re same | 0.40 | | $240.00 USD |
| 08/06/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | email with opposing counsel and claims administrator re notice website and o her outstanding notice issues | 0.40 | | $240.00 USD |
| 08/15/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review and revise: Facebook Ad Instagram Ad Long Form Notice Postcard Notice Email Notice Claim Form for final approval | 1.40 | | $840.00 USD |
| 08/16/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review settlement staging website before going live | 0.80 | | $480.00 USD |
| 08/24/18 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | review Heffler invoice | 0.10 | | $60.00 USD |
| 08/28/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | review test email from Heffler (claims administrator) | 0.20 | | $120.00 USD |
| 09/12/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | review Defendants changes to proposed media campaign. Call with claims administrator re same | 0.50 | | $300.00 USD |
| 09/17/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | call with claims administrator re claims | 0.40 | | $240.00 USD |
| **Total** | | | | | **42.10** | | **$25,260.00** USD |
| | | | | | | | |
| **Silver-Korn, Brandt** | | | | | | | |
| 01/13/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | preparing outline in anticipation of opp. to motion to dismiss | 8.20 | | $1,845.00 USD |
| 01/14/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | preparing outline in anticipation of opp. to motion to dismiss | 4.30 | | $967.50 USD |
| 01/16/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | preparing outline for opp. to motion to dismiss | 10.50 | | $2,362.50 USD |
| **Total** | | | | | **23.00** | | **$5,175.00** USD |
| | | | | | | | |
| **Ufkes, Schuyler** | | | | | | | |
| 11/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting settlement agreement | 3.17 | | $919.30 USD |
| 11/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting settlement agreement | 3.42 | | $991.80 USD |
| 11/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting email notice, post card notice, and claim form | 1.17 | | $339.30 USD |
| 01/29/18 | Class Action Cases | Hanson v. MGM International, et al | Settlement | drafting long form notice | 2.08 | | $603.20 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | call with Eve re preliminary approval brief | 0.17 | | $49.30 USD |
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | drafting preliminary approval brief | 3.42 | | $991.80 USD |
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | drafting preliminary approval brief | 1.17 | | $339.30 USD |
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | res re cases in W.D. Wash awarding attorneys fees of 33.3% of common fund | 0.58 | | $168.20 USD |
| 01/31/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | drafting preliminary approval brief | 1.25 | | $362.50 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | discussion with Ryan re preliminary approval briefs in similar cases | 0.20 | | $58.00 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | drafting preliminary approval brief - terms of the settlement section | 0.75 | | $217.50 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | drafting preliminary approval brief - background and procedural history section | 1.92 | | $556.80 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | res re superiority and drafting superiority section | 1.10 | | $319.00 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - background and procedural history section | 0.83 | | $240.70 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - non collusive settlement section | 0.83 | | $240.70 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - strength of P's case section | 1.00 | | $290.00 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - amount offered in settlement section | 1.67 | | $484.30 USD |
| 02/01/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - extent of discovery completed & stage of proceedings sec ion | 0.25 | | $72.50 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | res re approved settlements where parties only engaged in informal discovery | 0.17 | | $49.30 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | res for Judge Jones' cases awarding attorneys fees of 33.3% or greater of common fun | 1.25 | | $362.50 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | res re difficulties proving damages on a classwide basis | 0.42 | | $121.80 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - extent of discovery completed & stage of proceedings sec ion | 0.83 | | $240.70 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - amount offered in settlement section | 2.17 | | $629.30 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing preliminary approval brief -- facts & procedural history section | 0.67 | | $194.30 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing preliminary approval brief -- notice plain sec ion | 0.33 | | $95.70 USD |
| 02/02/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief - not disproportionate attorneys fees section | 1.33 | | $385.70 USD |
| 02/03/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief | 2.58 | | $748.20 USD |
| 02/04/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief | 3.17 | | $919.30 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | reviewing W.D. Wash local rules and Judge Jones' standing order | 0.33 | | $95.70 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting preliminary approval brief -- introduction | 0.33 | | $95.70 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing preliminary approval brief | 0.83 | | $240.70 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing preliminary approval brief -- strength of P's case | 0.92 | | $266.80 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing preliminary approval brief -- commonality and predominance sections | 1.08 | | $313.20 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing/revising preliminary approval brief | 3.83 | | $1,110.70 USD |
| 02/05/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting proposed order for preliminary approval brief | 0.33 | | $95.70 USD |
| 02/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | res cases certifying EFTA classes | 1.17 | | $339.30 USD |
| 02/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting proposed order for preliminary approval | 3.15 | | $913.50 USD |
| 02/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing proposed order for preliminary approval | 0.83 | | $240.70 USD |
| 02/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing proposed order for preliminary approval | 1.17 | | $339.30 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | reviewing Judge Jones' standing order and LRs for filing requirements | 1.17 | | $339.30 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | res re WCPA claims for full refunds of gift cards | 1.08 | | $313.20 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | res re P's ability to stack damages under the EFTA and WCPA | 1.92 | | $556.80 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | res stacking EFTA damages with other duplica ive state law damages | 1.17 | | $339.30 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting proposed order for preliminary approval -- redrafting risk of maintaining a class action section | 1.20 | | $348.00 USD |
| 02/07/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting declara ion ISO preliminary approval | 1.00 | | $290.00 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | reviewing all local rules before filing in W.D. Wash | 0.50 | | $145.00 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | reviewing local rules re proposed orders | 0.33 | | $95.70 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting declara ion ISO preliminary approval | 3.58 | | $1,038.20 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting mo ion for excess pages | 1.08 | | $313.20 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | editing declaration ISO preliminary approval | 0.67 | | $194.30 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting proposed order for excess pages | 0.50 | | $145.00 USD |
| 02/08/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | drafting declara ion ISO motion for excess pages | 0.67 | | $194.30 USD |
| 08/02/18 | Class Action Cases | Hanson v. MGM International, et al | Review and Analyze | Reviewed Court's order granting prelim app | 0.25 | | $72.50 USD |
| 08/28/18 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | Reviewed docket and filing deadlines | 0.20 | | $58.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 08/29/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Legal research re using percentage of the fund method in EFTA case | 2.08 | | $603.20 USD |
| 08/29/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed case materials sent by ER for first draft of Fee Brief | 0.42 | | $121.80 USD |
| 08/30/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Continued legal research re using percentage of the fund method in EFTA case | 0.33 | | $95.70 USD |
| 08/30/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafting fee brief | 3.33 | | $965.70 USD |
| 09/04/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted fee brief - introduction section | 0.50 | | $145.00 USD |
| 09/04/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted fee brief - argument section | 0.33 | | $95.70 USD |
| 09/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted fee brief argument section; Legal res re attorneys fees awarded in EFTA cases | 0.92 | | $266.80 USD |
| 09/06/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted fee brief argument section | 2.25 | | $652.50 USD |
| 09/07/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Edited Fee Brief | 1.83 | | $530.70 USD |
| 09/07/18 | Class Action Cases | Hanson v. MGM International, et al | Review and Analyze | Reviewed preliminary approval order | 0.33 | | $95.70 USD |
| 09/10/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Legal res re reasonable hourly fee rates in Seattle and reimbursement of expenses | 2.00 | | $580.00 USD |
| 09/10/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted Fee Brief - argument section | 4.00 | | $1,160.00 USD |
| 09/11/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Legal res re incentive awards in EFTA cases | 0.83 | | $240.70 USD |
| 09/11/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafting Fee Brief - argument section | 1.25 | | $362.50 USD |
| 09/13/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Legal res re negative fee multipliers | 1.00 | | $290.00 USD |
| 09/13/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Edited Fee Brief | 0.67 | | $194.30 USD |
| 09/13/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafting Fee Brief - negative multiplier section | 2.00 | | $580.00 USD |
| 09/13/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafting Fee Brief - reimbursement of expenses section | 0.83 | | $240.70 USD |
| 09/14/18 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Legal res re Ninth Circuit cases awarding expenses in addi ion to attorneys' fees | 0.83 | | $240.70 USD |
| 09/14/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafting/editing Fee Brief | 3.17 | | $919.30 USD |
| 09/17/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Re-drafting negative multiplier section | 2.00 | | $580.00 USD |
| 09/17/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Editing Fee Brief | 2.67 | | $774.30 USD |
| 09/17/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Final edits and proofing first draft of Fee Brief | 3.50 | | $1,015.00 USD |
| 09/19/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Reviewed ER edits to fee brief | 0.58 | | $168.20 USD |
| 09/19/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Discussion with RA re fee brief; edited fee brief to incorporate RA comments | 0.75 | | $217.50 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|--------|---------|------|-------|-------|--------|-------------------|
| 09/20/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted Rapp declaration ISO Mtn for Attorneys' Fees and Incentive Award | 1.42 | | $411.80 USD |
| 09/21/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Drafted motion to file over-length fee brief, proposed order, and declaration; reviewed Judge Jones' rules re motions for over-length briefs | 1.25 | | $362.50 USD |
| **Total** | | | | | **108.26** | | **$31,395.40** USD |

**Winkowski, Elizabeth**

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|--------|---------|------|-------|-------|--------|-------------------|
| 01/17/17 | Class Action Cases | Hanson v. MGM International, et al | Miscellaneous | Review compl | 0.50 | | $167.50 USD |
| 01/18/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Call w ER | 0.20 | | $67.00 USD |
| 01/18/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Talk to JH re case / research | 0.70 | | $234.50 USD |
| 01/18/17 | Class Action Cases | Hanson v. MGM International, et al | Factual Research | Review brief, compl, research | 1.50 | | $502.50 USD |
| 01/19/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Research purpose of WCPA | 0.50 | | $167.50 USD |
| 01/19/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | research extraterritorial application of NDTPA; draft section | 3.00 | | $1,005.00 USD |
| 01/19/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Outline opp to MTD | 0.80 | | $268.00 USD |
| 01/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Draft Opp to MTD - NDTPA / Actual damages | 4.00 | | $1,340.00 USD |
| 01/20/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Edit NDTPA section | 0.50 | | $167.50 USD |
| 01/22/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Opp to MTD - research re actual damages | 1.50 | | $502.50 USD |
| 01/22/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Opp to MTD - Drafting | 3.00 | | $1,005.00 USD |
| 01/23/17 | Class Action Cases | Hanson v. MGM International, et al | Legal Research | Opp to MTD - Talk to JH, research actual damages | 1.00 | | $335.00 USD |
| 01/23/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Opp to MTD - Revise | 3.50 | | $1,172.50 USD |
| 01/24/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Opp to MTD - Research / draft actual damages and injury to business or property | 3.50 | | $1,172.50 USD |
| 01/25/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Opp to MTD - Revise, send to ER | 1.00 | | $335.00 USD |
| 01/26/17 | Class Action Cases | Hanson v. MGM International, et al | Communications/Meetings/Court | Talk w JH re settlement, EFTA | 0.30 | | $100.50 USD |
| 01/27/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Discuss opp to MTD w JH | 0.50 | | $167.50 USD |
| 02/23/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Update Opp to MTD re use of cards | 1.70 | | $569.50 USD |
| 02/27/17 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Mot Prac ice/Settlement | Revise Hanson Opp / TOC / TOA | 4.60 | | $1,541.00 USD |
| **Total** | | | | | **32.30** | | **$10,820.50** USD |

**Woodard, Jessica**

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|--------|---------|------|-------|-------|--------|-------------------|
| 09/25/18 | Class Action Cases | Hanson v. MGM International, et al | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Research local rules, proof, finalize and file Motion for excess pages | 1.00 | | $225.00 USD |
| **Total** | | | | | **1.00** | | **$225.00** USD |

| Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|--------|---------|------|-------|-------|--------|-------------------|
| **ALL TOTAL** | | | | **272.99** | | **$103,595.95** USD |

# Exhibit 3

Edelson PC
350 North LaSalle
Suite 1300
Chicago IL  60654
United States

INVOICE



Class Action Cases
@edelson.com @edelson.com

| Invoice #: | 555563M |
|---|---|
| Date: | September 26, 2018 |
| Balance Due (USD): | $660.00 |

| Item | Description | Unit Cost ($) | Quantity | Price ($) |
|---|---|---|---|---|
| Expense | [Hanson v. MGM International, et al 11/15/16] Service of Process: Delaware Attorney Services LLC. Costco Wholesale Corporation and MGM Resorts International | 130.00 | 1 | 130.00 |
| Expense | [Hanson v. MGM International, et al 11/09/16] Service of Process: Elite Process Serving, Inc. Costco Wholesale Corporation | 150.00 | 1 | 150.00 |
| Expense | [Hanson v. MGM International, et al 11/09/16] Service of Process: Elite Process Serving, Inc. MGM Resorts International | 150.00 | 1 | 150.00 |
| Expense | [Hanson v. MGM International, et al 11/05/16] Service of Process: Elite Process Serving, Inc. Office of the Attorney General | 115.00 | 1 | 115.00 |
| Expense | [Hanson v. MGM International, et al 11/05/16] Service of Process: Elite Process Serving, Inc. Office of the Attorney General | 115.00 | 1 | 115.00 |

| | | |
|---|---|---|
| | Subtotal: | 660.00 |
| | Total: | 660.00 |
| | Amount Paid: | 0.00 |
| | Balance Due (USD): | $660.00 |

This invoice was sent using