UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID HANSON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, a Delaware corporation, and COSTCO WHOLESALE CORPORATION, a Delaware corporation,<br><br>    *Defendants*. | Case No. 2:16-cv-01661 RAJ<br><br>**DECLARATION OF KEVIN A. BAY IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD** |

I, Kevin A. Bay, declare as follows:

1.  I am a member of Tousley Brain Stephens PLLC, co-counsel of record for the putative class in this case. I have personal knowledge of the facts set forth herein and am competent to testify thereon. I submit this declaration in support of Plaintiff's Motion for Award of Attorney's Fees, Expenses and Incentive Award. This declaration is intended to supplement the moving papers and the Declaration of co-counsel, Eve-Lynn Rapp and incorporates the allegations therein with respect to the benefits of the settlement, the risks of the litigation and other facts relevant to the determination and award of fees.

DECLARATION OF KEVIN A. BAY IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD (16-cv-01661-RSM) - 1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

2. My firm has acted as co-counsel to Class Representative David Hanson and the Settlement Class in this action. In that capacity, we were involved in and incurred time working on the following activities:

- Reviewed facts and researched legal issues relevant to the case;
- Reviewed and participated in drafting complaint;
- Assisted in analysis of pre-emption issues;
- Participated in analyzing and responding to defendants' Rule 12 motion to dismiss;
- Reviewed and assisted in other motion practice;
- Reviewed and commented on settlement terms.

3. Exhibit 1, attached hereto, is a table summarizing the time spent by my firm's attorneys and professional staff who were involved in this action. It includes a description of the tasks and work performed during such time. This summary was prepared at my request from contemporaneous, daily time records regularly prepared and maintained by my firm. Our firm reviews and edits these records on a monthly basis to ensure they are accurate and reflect only time that is productive and reasonable.

4. Exhibit 2, attached hereto, is the lodestar calculation of the time spent by the professionals in my firm multiplied by their respective hourly rates. The hourly rates for the attorneys and professional support staff included in Exhibit 2 are the usual and customary hourly rates that have been approved in other class action litigation in which we served as class counsel.

5. Exhibit 3, attached hereto, is a table summarizing the expenses incurred by my firm in this case. The expenses incurred in this action are reflected in my firm's books and records which are prepared from expense vouchers, receipts, and other source materials and represent an accurate recording of the expenses incurred.

DECLARATION OF KEVIN A. BAY IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD (16-cv-01661-RSM) - 2

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

6. The total unreimbursed expenses incurred by my firm in this litigation from the inception of the case through September 28, 2018 is $1,006.53.

7. The total number of hours my firm spent on this litigation from inception through September 28, 2018 is 29.6 hours. The total lodestar for my firm for this period is $23,265.03.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of September, 2018, at Seattle, Washington.

TOUSLEY BRAIN STEPHENS PLLC

s/ *Kevin A. Bay*
Kevin A. Bay, WSBA #19821

6239/001/522160.1

DECLARATION OF KEVIN A. BAY IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD (16-cv-01661-RSM) - 3

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

# Exhibit 1

| Date: 09/28/2018 | | | Detail Fee Transaction File List<br>Tousley Brain Stephens PLLC | Page: 1 |
|---|---|---|---|---|

| Trans Date | Tmkr | Hours to Bill | |
|---|---|---|---|

**Client ID 6239.001 Costco Wholesale Corporation**

| Trans Date | Tmkr | Hours to Bill | Description |
|---|---|---|---|
| 09/06/2016 | KDS | 0.80 | Initial case review and analysis. |
| 09/07/2016 | KDS | 0.50 | Reviewed and analyzed complaint. |
| 09/07/2016 | KDS | 1.40 | Meeting with class representative and researched state law issues. |
| 09/08/2016 | KDS | 0.90 | Worked on preemption issue; email and phone correspondence regarding same. |
| 09/08/2016 | JTD | 0.30 | Reviewed prior gift card complaint and statute. |
| 09/08/2016 | KDS | 0.40 | Class member meeting follow up. |
| 10/23/2016 | KAB | 1.20 | Reviewed draft class action complaint for Hanson v. MGM/Costco. |
| 10/23/2016 | KDS | 0.30 | Reviewed and revised complaint. |
| 10/24/2016 | KAB | 2.20 | Conference with Kim Stephens regarding complaint and revisions thereto; brief research into Nevada Deceptive Practices Act and potential standing issue; attention to filing complaint and service of summons. |
| 10/24/2016 | KDS | 0.90 | Revised complaint; reviewed Nevada law research. |
| 10/25/2016 | KDS | 0.30 | Reviewed service issues. |
| 10/26/2016 | KAB | 0.50 | Short call from Jamie Holz; forward Attorney General address to him; work with Krista to correct filing with federal court. |
| 10/27/2016 | KAB | 0.80 | Reviewed pro hac vice applications; reviewed praecipe for summons; call from Channel 7 reporter; emailed Jamie Holz regarding same. |
| 10/28/2016 | KAB | 0.20 | Reviewed Judge Jones standing order; email to Edelson counsel. |
| 10/31/2016 | KDS | 0.30 | Conference with court clerk regarding pro hac vice applications. |
| 11/08/2016 | KAB | 0.50 | Phone call and email from media; forward to Edelson for response; reviewed summons issued by court and contact Edelson regarding service of same. |
| 11/10/2016 | KAB | 0.40 | Reviewed email from media and forwarded to Edelson; reviewed proof of service on both defendants; quick review of local rules regarding need to file proof of service. |
| 11/23/2016 | KAB | 0.30 | Reviewed corporate disclosure statement; reviewed emails and stipulation extending defendants' time to answer complaint. |
| 01/13/2017 | KAB | 1.10 | Reviewed defendants' Rule 12 motion to dismiss. |
| 01/13/2017 | KDS | 0.50 | Reviewed motion to dismiss. |
| 01/23/2017 | KAB | 1.40 | Reviewed defendants' Rule 12 motion to dismiss; conference with Kim Stephens regarding same; emailed Jamie Holz. |
| 01/27/2017 | KAB | 0.30 | Emails with Eve-Lynn regarding stipulation to extend time to respond; call to chambers regarding same. |
| 02/09/2017 | KAB | 0.20 | Emailed Eve-Lynn Rapp at Edelson. |
| 02/13/2017 | KAB | 0.90 | Exchanged emails with Edelson regarding response to Rule 12 motion; emailed Kim S. regarding attempts to resolve case; reviewed stipulation and order to extend time to respond; attention to filing same. |
| 02/27/2017 | KAB | 2.20 | Exchanged emails with Eve-Lynn Rapp regarding response to Rule 12 motion; reviewed and revised response brief; email to counsel. |
| 03/02/2017 | KDS | 0.50 | Reviewed dismissal pleadings. |
| 03/16/2017 | KAB | 0.80 | Reviewed reply brief filed by defendants. |
| 04/24/2017 | KAB | 0.60 | Emails with Stewart Pollock regarding stipulation or motion to extend time to file motion for class certification; reviewed motion and declaration. |
| 05/03/2017 | KAB | 0.20 | Reviewed defendants' response to motion to extend class cert deadline. |
| 05/04/2017 | KDS | 0.30 | Reviewed pleadings concerning class certification deadline. |
| 05/17/2017 | KDS | 0.30 | Reviewed case schedule deadlines. |
| 07/20/2017 | KAB | 0.30 | Reviewed order on defendants' motion to dismiss; reviewed case scheduling order. |
| 07/20/2017 | KDS | 0.50 | Reviewed order on motion to dismiss. |
| 07/21/2017 | KDS | 0.20 | Reviewed scheduling order. |
| 07/28/2017 | KDS | 0.30 | FRCP 26 discussion. |

Date: 09/28/2018                    **Detail Fee Transaction File List**                    Page: 2
                                    Tousley Brain Stephens PLLC

| Trans Date | Tmkr | Hours to Bill | |
|---|---|---|---|
| **Client ID 6239.001 Costco Wholesale Corporation** | | | |
| 08/16/2017 | KAB | 0.20 | Reviewed proposed stipulation extending deadlines for answer and initial disclosures. |
| 09/11/2017 | KDS | 0.30 | Reviewed settlement offers and damages. |
| 09/12/2017 | KDS | 0.30 | Status update for client. |
| 09/13/2017 | KAB | 0.30 | Emails regarding conference; call to Eve Lynn-Rapp; short conference with Kim Stephens. |
| 09/14/2017 | KDS | 0.30 | Retained Mr. Gibbons. |
| 09/15/2017 | KDS | 0.20 | Reviewed settlement notice. |
| 11/01/2017 | KDS | 0.30 | Telephone conference with Mr. Zabriskie regarding claims management. |
| 11/07/2017 | KAB | 0.60 | Email to Edelson counsel regarding status of motion for approval of settlement; short conference with Kim Stephens. |
| 02/08/2018 | KAB | 1.20 | Responded to Eve Lynn Rapp's email regarding motion; reviewed motion for preliminary approval of settlement. |
| 09/24/2018 | KAB | 0.20 | Respond to Eve-Lynn Rapp's email regarding fees and costs. |
| 09/25/2018 | KAB | 0.20 | Email from Eve-Lynn Rapp; reviewed motion for authority to file overlength brief. |
| 09/26/2018 | KDS | 0.30 | Worked on final approval briefing. |
| 09/27/2018 | KAB | 2.40 | Drafted fee declaration for motion to approve settlement; reviewed fee motion. |

| Total for Client ID 6239.001 | Billable | 29.60 | Costco Wholesale Corporation MGM LITIGATION |
|---|---|---|---|

**GRAND TOTALS**

Billable   29.60

# Exhibit 2

## Tousley Brain Stephens PLLC
## 6239.001  Hanson v. MGM Litigation
## Lodestar

(Inception thru 9/27/2018)

**Fees**

| Name | Level | Hours | Rate/Hour | Total Fees |
|---|---|---|---|---|
| Kim D. Stephens | Partner | 10.10 | 795 | 8,029.50 |
| Jason T. Dennett | Partner | 0.30 | 710 | 213.00 |
| Kevin A. Bay | Partner | 19.20 | 730 | 14,016.00 |
| | | | | |
| **TOTAL** | | **29.60** | | **$ 22,258.50** |

**Costs**

| | |
|---|---|
| Reproductions | 87.90 |
| Filing Fees | 852.00 |
| Messengers | 8.00 |
| Computer Research | 58.63 |
| | |
| **TOTAL** | **$ 1,006.53** |

**TOTAL FEES & COSTS**                              **$  23,265.03**

# Exhibit 3

| Date: 09/28/2018 | | | | Detail Cost Transaction File List<br>Tousley Brain Stephens PLLC | | Page: 1 |

| Trans Date | Tmkr | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Client ID 6239.001 Costco Wholesale Corporation** | | | | | |
| 10/25/2016 | LMS | 0.220 | 70.00 | 15.40 | BW Reproductions |
| 10/26/2016 | KAB | 0.220 | 23.00 | 5.06 | BW Reproductions |
| 10/28/2016 | LMS | 0.220 | 5.00 | 1.10 | BW Reproductions |
| 10/28/2016 | LMS | 0.220 | 23.00 | 5.06 | BW Reproductions |
| 01/18/2017 | KAB | 0.220 | 16.00 | 3.52 | BW Reproductions |
| 01/19/2017 | KAB | 0.220 | 23.00 | 5.06 | BW Reproductions |
| 02/27/2017 | KAB | 0.220 | 22.00 | 4.84 | BW Reproductions |
| 02/27/2017 | KAB | 0.220 | 6.00 | 1.32 | BW Reproductions |
| 02/28/2017 | KAB | 0.220 | 16.00 | 3.52 | BW Reproductions |
| 02/28/2017 | KMS | 0.220 | 23.00 | 5.06 | BW Reproductions |
| 07/24/2017 | MWA | 0.220 | 5.00 | 1.10 | BW Reproductions |
| 08/14/2017 | KAB | 0.220 | 23.00 | 5.06 | BW Reproductions |
| 08/15/2017 | KAB | 0.220 | 1.00 | 0.22 | BW Reproductions |
| 09/18/2017 | KAB | 0.220 | 15.00 | 3.30 | BW Reproductions |
| 02/12/2018 | MWA | 0.220 | 5.00 | 1.10 | BW Reproductions |
| 02/12/2018 | MWA | 0.220 | 24.00 | 5.28 | BW Reproductions |
| 02/12/2018 | MWA | 0.220 | 35.00 | 7.70 | BW Reproductions |
| 02/12/2018 | MWA | 0.220 | 44.00 | 9.68 | BW Reproductions |
| 08/01/2018 | MWA | 0.220 | 16.00 | 3.52 | BW Reproductions |
| | Subtotal for Tcode 110 | | Billable | 86.90 | Reproductions |
| 10/24/2016 | KDS | | | 400.00 | Filing Fee - CCH TBS MASTERCARD - Washington Western District |
| 10/27/2016 | KDS | | | 226.00 | Filing Fee - CCH TBS MASTERCARD - Washington Western District - Pro Hac Application [Pollock] |
| 10/27/2016 | KDS | | | 226.00 | Filing Fee - CCH TBS MASTERCARD - Washington Western District - Pro Hac Application [Rapp] |
| | Subtotal for Tcode 115 | | Billable | 852.00 | Filing Fee |
| 06/01/2017 | KDS | | | 8.00 | Messenger HALO MESSENGER SERVICES, LLC - May 2017 [4/25/17] |
| | Subtotal for Tcode 120 | | Billable | 8.00 | Messenger |
| 10/31/2016 | KDS | | | 34.43 | Computer Research - Thomson Reuters West Payment Center - Westlaw Searches and Reports 10/1/16 - 10/31/16 |
| 01/01/2017 | KDS | | | 3.20 | Computer Research PACER SERVICE CENTER - Searches and Reports 10/1/16 - 12/31/16 |
| 04/01/2017 | KDS | | | 16.30 | Computer Research PACER SERVICE CENTER - Searches and Reports 1/1/17 - 3/31/17 |
| 04/05/2017 | KDS | | | 2.00 | Computer Research PACER SERVICE CENTER - Searches and Reports [KDS] 1/1/17 - 3/31/17 |
| 10/01/2017 | KDS | | | 0.40 | Computer Research PACER SERVICE CENTER - Searches and Reports 7/1/17 - 9/30/17 |
| 04/01/2018 | KDS | | | 1.00 | Computer Research - Pacer Service Center - Searches and Reports 1/1/18 - 3/31/18 |
| 07/01/2018 | KDS | | | 1.30 | Computer Research PACER SERVICE CENTER - Searches and Reports 4/1/18 - 6/30/18 |

| Date: 09/28/2018 | Detail Cost Transaction File List<br>Tousley Brain Stephens PLLC | Page: 2 |

| Trans Date | Tmkr | Rate | Units | Amount | |
|---|---|---|---|---|---|
| **Client ID 6239.001 Costco Wholesale Corporation** | | | | | |
| Subtotal for Tcode 155 | | | Billable | 58.63 | Computer Research |
| 02/28/2017 | KMS | 1.000 | 1.00 | 1.00 | Color Reproductions |
| Subtotal for Tcode 210 | | | Billable | 1.00 | Color Reproductions |
| **Total for Client ID 6239.001** | | | Billable | 1,006.53 | Costco Wholesale Corporation<br>MGM LITIGATION |

**GRAND TOTALS**

| | Billable | 1,006.53 |